Prob12C (7/93)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

2005 FEB -4 PM 1: 12

LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of offender:  MARK STEPHEN THEVENOT**          **Case Number:  053L 2:00CR00269-003N**

**Name of Sentencing Judicial Officer:**  Honorable Edith Brown Clement*

*This case was reallotted to the Honorable Kurt D. Englehardt

**Offense:**  18 U.S.C. 371 - Conspiracy to embezzle from foreign and interstate shipment

**Date of Sentence:**  March 28, 2001

**Sentence:**  Twelve months custody of the Bureau of Prisons to be followed by a three year term of supervised release.  A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1.  Orientation and life skills
2.  Financial disclosure
3.  Restitution payment in the amount of $45,000.00, to be paid at the rate of $800.00 per month

**Type of Supervision:**      Supervised Release      **Date Supervision Commenced:**  April 22, 2002
**Assistant U.S. Attorney:**      Michael W. Magner      **Defense Attorney:**  Joseph Landry

---

### PETITIONING THE COURT

[ ] To issue a warrant                                    [ X ] To issue a summons

For the appearance of Mark Stephen Thevenot before Louis Moore Jr. on February 09, 2005, at 2:00 P.M. for an Initial Appearance Hearing and before this court (to be scheduled) , to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**                          **Nature of Non-Compliance**

Mandatory Condition:                          On January 25, 2005, Mark Thevenot was arrested by personnel of the Kenner Police Department and charged with driving while intoxicated, having an open alcohol container in vehicle, driving under a suspended license, and licensee failing to change address. Thevenot was released from the Jefferson Parish East Bank lock up in lieu of a $1,550.00 bond.  He is scheduled to appear in First Parish Court on March 28, 2005.

On August 24, 2003, Mark Thevenot was arrested by personnel of the Kenner Police Department and charged with operating a vehicle while intoxicated, reckless operation of a vehicle, and hit and run driving.  This case is set for trial in First Parish Court on February 14, 2005.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____

DATE OF ENTRY

FEB  7 2005

Special Condition No. 3:                    Thevenot has not paid his restitution as ordered by the court.  He
                                           owes an outstanding balance of $31.505.00, with the last payment
                                           being made January 10, 2005.  He is in arrears $12,905.00.

**CUSTODIAL STATUS :**

Mark Thevenot is not is custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 31, 2005

_____

Daryl A. Naquin
U.S. Probation Officer

REVIEWED BY:

_____

Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]      No Action
[ ]      The Issuance of a Warrant
[✔]      The Issuance of a Summons
[ ]      Other

_____

Signature of Judicial Officer

_____

Date

Address of Offender:     3550 Grandlake Blvd. Apt D-308
                        Kenner, LA 70065

**THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:**
        Original    -  Clerk's Office
        1 Copy Certified    -  U.S. Attorney
        1 Copy Certified    -  U.S. Marshal's Office
        2 Copies Certified  -  U.S. Probation Office

**NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE
INITIAL APPEARANCE HEARING**



# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

      v.                        Cr. No. 00-269 "N"

Mark Stephen Thevenot

To:    Mark Stephen Thevenot
       3550 Grandlake Blvd., Apt. D-308
       Kenner, LA 70065

       You are hereby summoned to appear before the United States District Court for the Eastern District of Louisiana at the Hale Boggs Federal Building and U.S. Courthouse , 500 Poydras Street, Room B407 in the city of New Orleans on the 9th day of February, 2005 at 2:00 PM for an initial appearance appearing to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked
                **IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

---

**PLEASE**

**NOTE:**

You are also to appear at the U.S. Pretrial Services Agency, Room B-614 Hale Boggs Building, (adjacent to Courthouse) at on the aforementioned date, so that information pertinent to the setting of your bail can be obtained.

You have a right to speak with a lawyer before talking with the Pretrial Services officer.  If you do not have a lawyer, you may call the Federal Public Defender at 589-7930.

**Date: February 4, 2005**           **LORETTA G. WHYTE, CLERK**

                                   By _____
                                          Deputy Clerk

**RETURN**

Service of the summons was made by me at              on
by (check one box below to indicate appropriate method of service):

       [  ]   Personal service of the defendant.
       [  ]   Leaving it with a person of suitable age at the defendant's dwelling and
             by mailing a copy to the defendant's last known address.

       REMARKS:

I declare under penalty of perjury that the foregoing return is true and correct.

                                  _____
                                   Signature of person making service

This summons was received by me at       on

                                  _____
                                     Defendant

**UNITED STATES DISTRICT COURT**

JILL N. BENOIT
CHIEF PROBATION OFFICER

EASTERN DISTRICT OF LOUISIANA

PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

February 3, 2005

Honorable Kurt D. Engelhardt
United States District Judge
500 Poydras Street, Room C-367
New Orleans, Louisiana 70130

RE: THEVENOT, Mark
Dkt. No: 053L 2:00CR00269-003N
REQUEST FOR SUMMONS

Dear Judge Englehardt:

On March 28, 2001, Mark Thevenot appeared before the Honorable
Edith Brown Clement for sentencing following his plea of guilty to
conspiracy to embezzle from foreign and interstate shipments. He
was sentenced to 12 months custody of the Bureau of Prisons, to be
followed by a three year term of supervised release. As special
conditions of supervised release, Thevenot was ordered to
participate in the orientation and life skills program, comply with
the financial disclosure condition, and pay restitution in the
amount of $45,000.00, to be paid at a rate of $800.00 per month.
A $100.00 special assessment fee was also ordered. This case was
subsequently reallotted to Your Honor.

Thevenot was released from custody on April 22, 2002, at which time
his supervised release term commenced. Thevenot has violated the
conditions of his supervised release by being arrested on two
separate occasions for driving while intoxicated, having an open
alcohol container in his vehicle, reckless operation of a vehicle,
hit and run driving, driving under a suspended license, and failing
to pay his restitution as ordered by the court.

On August 29, 2003, Thevenot was reprimanded by this officer for
his arrest on August 24, 2003. He was advised that future arrests
or violations will not be tolerated. Since that time, Thevenot has
been arrested again for driving while intoxicated. Thevenot has
been given every opportunity to comply with his supervision
conditions and revocation appears appropriate.

Accordingly, Probation Form 12C is attached for Your Honor's
signature, should Your Honor concur in this matter. It is this
writer's intention to recommend a $10,000.00 secured bond when
Thevenot appears before the U. S. Magistrate Judge for his initial

RE: THEVENOT, Mark
Page Two

appearance hearing.  The following conditions of bond will also be
recommended.

  1.    Thevenot be placed on home confinement with electronic
        monitoring.

  2.    Refrain from operating a motor vehicle pending his
        revocation hearing.

Should Your Honor have any questions concerning this matter, please
contact this officer at 589-3257.

                              Respectfully,

                              Daryl A. Naquin
                              U. S. Probation Officer

DAN/tah

Attachment

**REVIEWED BY:**

**Matthew G. Arseneaux**
**Supervising U.S. Probation Officer**