Case 2:00-cr-00269-KDE   Document 62   Filed 02/15/2005   Page 1 of 1



```
┌─────────────────────────────────┐
│   UNITED STATES DISTRICT COURT  │
│             FILED               │
│  ┌───────────────────────────┐  │
│  │    February 15, 2005      │  │
│  └───────────────────────────┘  │
│   EASTERN DISTRICT OF LOUISIANA │
│         Loretta G. Whyte        │
│              Clerk              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 00-269

VERSUS                                       SECTION "N"

MARK STEPHEN THEVENOT                        VIOLATION:18:371

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

Take Notice that this criminal case has been set for RULE TO REVOKE SUPERVISED RELEASE on MARCH 16, 2005 AT 9:30 AM, before Judge Kurt D. Engelhardt, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: February 15, 2005

TO:
MARK STEPHEN THEVENOT
3550 Grandlake Blvd, D-308
Kenner, LA   70065

LORETTA G. WHYTE, CLERK

by: _____
       Deputy Clerk

AUSA: Michael Magner

U.S. Marshal
U.S. Probation Officer
U.S. Pretrial Services

**JUDGE**

If you change address,
notify clerk of court
by phone, 589-7683

___FEE_____
X PROCESS____
X DOCKET_____
X CTRM DEP___
DOCUMENT NO__