```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2005 MAR 15  PM 1:47

                                         LORETTA G. WHYTE
                                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 00-269 |
| | * | |
| VERSUS | * | SECTION "N" |
| | * | |
| MARK STEPHEN THEVENOT | * | VIOLATION 18:371 |

**************************************

### MOTION TO CONTINUE RULE TO REVOKE SUPERVISED RELEASE

NOW INTO COURT, through undersigned counsel, comes Defendant, Mark Stephen Thevenot, who suggests to the Court that the Rule to Revoke Supervised Release regarding this matter is currently set for March 16, 2005; that counsel for the defendant will not be available on the current hearing date due to a pre-scheduled commitment. Defendant has contacted Mr. Michael W. Magner, Assistant United States Attorney, who has no opposition to a continuance.

WHEREFORE, defendant requests the Court to grant a continuance of the hearing of this matter which is set for March 16, 2005 due to the above recited facts.

Respectfully submitted,

LANDRY & LAVELLE, L.L.P.

BY: _____
JOSEPH B. LANDRY (7985)
3822 Elysian Fields Avenue
New Orleans, LA 70122-4565
Telephone: (504) 949-1657
Facsimile: (504) 949-1658
Attorney for Mark Stephen Thevenot

```
___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No
```