U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR 1 6 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 00-269 |
| | * | |
| VERSUS | * | SECTION "N" |
| | * | |
| MARK STEPHEN THEVENOT | * | VIOLATION 18:371 |

*************************************

### ORDER

Considering the foregoing;

The Rule to Revoke Supervised Release, which was scheduled to be heard on March 16,

2005 , has be re-set for _9:30_ a.m. on the _6th_ day of _April_ , _2005_.

Executed this _15th_ day of _March_ , 2005.

JUDGE

Respectfully submitted,

**LANDRY & LAVELLE, L.L.P.**

BY: _____
**JOSEPH B. LANDRY (7985)**
3822 Elysian Fields Avenue
New Orleans, LA 70122-4565
Telephone: (504) 949-1657 ext. 108
Facsimile: (504) 949-1658
Attorney for Mark S. Thevenot

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this _15_ day
of _March_ , 2005, served a copy of the
following pleading on Michael W. Magner, Assistant
United States Attorney, Hale Boggs Federal Building,
500 Poydras Street, Second Floor, New Orleans, LA
70130, by mailing same by United States Mail,
properly addressed and first class postage prepaid.

JOSEPH B. LANDRY

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____