U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 16 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 00-269 |
| VERSUS | * | SECTION "N" |
| MARK STEPHEN THEVENOT | * | VIOLATION 18:371 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing;

The Rule to Revoke Supervised Release, which was scheduled to be heard on March 16, 2005, has be re-set for 9:30 a.m. on the 6th day of April, 2005.

Executed this 15th day of March, 2005.

JUDGE

Respectfully submitted,

LANDRY & LAVELLE, L.L.P.

BY: _____
JOSEPH B. LANDRY (7985)
3822 Elysian Fields Avenue
New Orleans, LA 70122-4565
Telephone: (504) 949-1657 ext. 108
Facsimile: (504) 949-1658
Attorney for Mark S. Thevenot

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 15 day of March, 2005, served a copy of the following pleading on Michael W. Magner, Assistant United States Attorney, Hale Boggs Federal Building, 500 Poydras Street, Second Floor, New Orleans, LA 70130, by mailing same by United States Mail, properly addressed and first class postage prepaid.

JOSEPH B. LANDRY

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No