FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 15  PM 1:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 00-269 |
| | * | |
| VERSUS | * | SECTION "N" |
| | * | |
| MARK STEPHEN THEVENOT | * | VIOLATION 18:371 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX-PARTE MOTION AND ORDER TO ENROLL AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Defendant, Mark Stephen Thevenot, who respectfully requests that his attorney, Joseph B. Landry, of the law firm Landry and Lavelle, L.L.P., 3822 Elysian Fields Avenue, New Orleans, LA 70122, be enrolled as his counsel of record regarding the above captioned matter.

WHEREFORE, DEFENDANT PRAYS that Joseph B. Landry, of the law firm Landry and Lavelle, L.L.P., 3822 Elysian Fields Avenue, New Orleans, LA 70122 be enrolled as his counsel of record regarding the above captioned matter.

Respectfully submitted,

**LANDRY & LAVELLE, L.L.P.**

BY: _____
JOSEPH B. LANDRY (7985)
3822 Elysian Fields Avenue
New Orleans, LA 70122-4565
Telephone: (504) 949-1657
Facsimile: (504) 949-1658
Attorney for Mark Stephen Thevenot

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___