

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 00-269 |
| | * | |
| VERSUS | * | SECTION "N" |
| | * | |
| MARK STEPHEN THEVENOT | * | VIOLATION 18:371 |

************************************

## EX-PARTE ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that attorney, Joseph B. Landry, of the law firm Landry and Lavelle, L.L.P., 3822 Elysian Fields Avenue, New Orleans, LA 70122, be enrolled as counsel of record for the Defendant, Mark Thevenot, with regards the above captioned matter.

New Orleans, Louisiana, this _15th_ day of _March_, 2005.

_____
JUDGE

Respectfully submitted,

**LANDRY & LAVELLE, L.L.P.**

BY: _____
JOSEPH B. LANDRY (7985)
3822 Elysian Fields Avenue
New Orleans, LA 70122-4565
Telephone: (504) 949-1657 ext. 108
Facsimile: (504) 949-1658
Attorney for Mark S. Thevenot

### CERTIFICATE OF SERVICE

I hereby certify that I have on this _15_ day of _March_, 2005, served a copy of the following pleading on Michael W. Magner, Assistant United States Attorney, Hale Boggs Federal Building, 500 Poydras Street, Second Floor, New Orleans, LA 70130, by mailing same by United States Mail, properly addressed and first class postage prepaid.

_____
JOSEPH B. LANDRY