FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR -5 AM 9: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-269 |
| v. | * | SECTION: "N" |
| MARK STEPHEN THEVENOT | * | |

\* \* \*

### MOTION AND ORDER TO CONTINUE REVOCATION HEARING

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who now moves to continue the revocation hearing in this matter which is presently scheduled for Wednesday, April 6, 2005, for 120 days for the following reason(s):

On January 25, 2005, the defendant, Mark Stephen Thevenot was arrested by the Kenner Police Department for DWI violations. Therefore, we are requesting a continuance for 120 days in order to allow for a disposition of the Jefferson Parish Charges. In the event that the Court does not wish to continue the revocation hearing for 120 days, the government would ask for a two (2) week continuance in order to allow time for the government to subpoena the officers involved in the January 2005 arrest.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Accordingly, the Government ask that this matter be continued for 120 days.

>Respectfully submitted,
>
>JIM LETTEN
>UNITED STATES ATTORNEY
>
>
>_____
>MICHAEL W. MAGNER
>La Bar Roll No. 1206
>Assistant United States Attorney
>Hale Boggs Federal Building
>500 Poydras Street, Second Floor
>New Orleans, Louisiana  70130
>Tel:  (504) 680-3103

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _____ day of _____, 20___.

_____
Assistant United States Attorney

- 2 -