FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 12 AM 7: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-269 |
| v. | * | SECTION: "N" |
| MARK STEPHEN THEVENOT | * | |

\* \* \*

### ORDER

Considering the foregoing,

**IT IS ORDERED** that the interest of justice and judicial economy justify a continuance of this matter from April 6, 2005, to the 31st day of August, 2005, at 9:30 o'clock A.m.

New Orleans, Louisiana, this 6th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep____
___ Doc. No.____