

UNITED STATES DISTRICT COURT
FILED
April 12, 2005
EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-269 |
| VERSUS | SECTION "N" |
| MARK STEPHEN THEVENOT | VIOLATION:18:371 |

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE (cont'd from 4/6/05)

Take Notice that this criminal case has been set for RULE TO REVOKE SUPERVISED RELEASE on AUGUST 31, 2005 AT 9:30 AM, before Judge Kurt D. Engelhardt, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: April 12, 2005

TO:
MARK STEPHEN THEVENOT
3550 Grandlake Blvd, D-308
Kenner, LA 70065

JOSEPH LANDRY, ESQ.
3822 Elysian Fields Ave
New Orleans, LA 70122

**If you change address,
notify clerk of court
by phone, 589-7683**

LORETTA G. WHYTE, CLERK

by: _____
Deputy Clerk

AUSA: Michael Magner

U.S. Marshal
U.S. Probation Officer
U.S. Pretrial Services

**JUDGE**

FEE _____
X PROCESS
X DOCKET
X CTRM DEP
DOCUMENT NO. ____