UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-269 |
| MARK STEPHEN THEVENOT | SECTION "N" |

### **ORDER**

The Court is informed that the probation officer assigned to this matter is required to attend a training session on August 31, 2005. Accordingly,

IT IS ORDERED that the Rule to Revoke Supervised Release that is scheduled to be held on that date is continued until Wednesday, September 14, 2005 at 9:30 a.m.

New Orleans, Louisiana, this __8th__ day of July, 2005.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE