UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL DOCKET

VERSUS                            NO. 00-269

MARK STEPHEN THEVENOT             SECTION "N"

## ORDER

Because of Hurricane Katrina and the Court having been closed, the Rule to Revoke Supervised Release was continued.

IT IS ORDERED that the Rule to Revoke Supervised Release previously scheduled for September 14, 2005 is hereby CONTINUED to Wednesday, January 18, 2006 at 9:30 a.m.

New Orleans, Louisiana, this 16th day of November, 2005.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____