MINUTE ENTRY
ENGELHARDT, J.
JANUARY 18, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL DOCKET

VERSUS                                      NO. 00-269

MARK STEPHEN THEVENOT                       SECTION "N"

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, JANUARY 18, 2006  AT 9:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER:  Toni Tusa

APPEARANCES: Mike Magner and Beau Brown, AUSA
                     Joseph Landry, for defendant
                     Daryl Naquin, US Probation

**RULE TO REVOKE SUPERVISED RELEASE:**
**(SUPERVISED RELEASE HEARING- EVIDENTIARY)**

**Defendant present.**
**Stipulation entered as to certain allegations in the Rule to Revoke Supervise Release.**
**Government witnesses: <u>Brad Ricke</u>, sworn & testifies.**
**                    <u>Daryl Naquin</u>, sworn & testifies.**
**Government offers police report dated September 26, 2003 as Govt. Exhibit 1- obj. - o/r**
**ADMITTED.(attached to minutes)**
**Government Rests.**
**Defendant witness:  <u>Thomas Livington</u>, testimony by stipulation.**
**Defendant Rests.**
**Argument.**
**Court finds defendant has violated the terms of supervised release.**
**See Judgment Revoking Supervised Release in the record.**
**Defendant released pending self-surrender by 4:30 p.m. on Friday, January 20,2006.**

JS-10:1:00

___ Fee_____
___ Process._____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**

COPY
*2004342*

TOTAL NUMBER OF VEHICLES INVOLVED: 0 2

LAT. _____

LONG. _____

| DATE OF CRASH | TIME (0000) | DISTRICT/ZONE | TROOP |
|---|---|---|---|
| 0 8 2 4 2 0 0 3 | 2 0 1 0 | 1 | 8 6 5 1 8 | B |

CONSTR./ MAINT. ZONE ☒
HIT & RUN ☐
DOTD PROPERTY DAMAGE ☒
PHOTOS MADE ☒
RR TRAIN INVOLVED ☐
FATAL- ITY ☐

PAGE # 0 1

IN PARISH OF: J e F F E R S O N

PARISH CODE: 2 6

8 - 8 2 3 9 5 0 3

ON PRIMARY ROADWAY: 3 6 0 0 B L K L A 4 9 ( W I L L I A M S )

MILEPOST: 3 . 3    CITY OR TOWN: K E N N E R

CRASH OCCURRED ON
A. INTERSTATE
B. US. HWY
C. STATE HWY
D. PARISH ROAD
E. CITY STREET
F. PRIVATE PROPERTY
G. TOLL ROAD
H. OTHER

| DISTANCE | | | | MILES ☒ | NE ☐ | STREET/HIGHWAY | ☐ AT INTERSECTION | ☒ NOT AT INTERSECTION |
|---|---|---|---|---|---|---|---|---|
| | | . 3 | | FEET ☐ | N SW ☐ | W E S P L A N A D E A V E | | |

| DISTANCE | | | | MILES ☐ | NE ☐ | STREET/HIGHWAY | ☐ AT INTERSECTION | ☐ NOT AT INTERSECTION |
|---|---|---|---|---|---|---|---|---|
| | | | | FEET ☐ | N SW ☐ | N.A. | | |

**VEHICLE #01**

A. PASSENGER CAR
B. LT. TRUCK (P.U., ETC.)
C. VAN
D. A, B, OR C WITH TRAILER
E. MOTORCYCLE
F. PEDALCYCLE
G. OFF-ROAD VEHICLE
H. EMERGENCY VEHICLE
I. SCHOOL BUS
J. OTHER BUS
K. MOTOR HOME
L. SINGLE UNIT TRUCK
M. TRUCK WITH TRAILER(S)
N. FARM EQUIPMENT
O. OTHER

B

| YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|
| 2 0 0 3 | F O R D | F - 1 5 0 | 2 | 0 2 | 0 4 |

V.I.N. 1 F T R X 1 7 L 1 3 N A 6 7 4 7 8

VEHICLE TOWED: B
A. YES
B. NO
C. LEFT AT SCENE

REMOVED BY: O W N E R

REASON TOWED
A. VEHICLE DAMAGE
B. DRIVER ARRESTED
C. INSURANCE VIOLATION
D. OTHER
☒

| LICENSE PLATE | YEAR | STATE | NUMBER | TYPE |
|---|---|---|---|---|
| | 2 0 0 6 | L A | W 3 1 2 3 0 2 | T R U C K |

| TRAILER DESCRIPTION | YEAR | MAKE | TYPE | LICENSE PLATE | YEAR | STATE | NUMBER |
|---|---|---|---|---|---|---|---|
| | 2 0 0 0 | P A A T | U T I L I T Y | | 2 0 0 4 | L A | E 3 7 3 6 5 9 |

DRIVER'S NAME (LAST,FIRST,MI): T H E V E N O T M A R K S.

DATE OF BIRTH: 0 2 0 5 1 9 6 3

| POSI- TION | EJEC- TION | TRAPT. EXTRI- CATED | AIR BAG | OCC. PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| A | A | A | B | D | M | W | 4 0 | E |

STREET ADDRESS: 3550 GRAND LAKE BLVD #C308   TELEPHONE # (504) 508-423

CITY: K E N N E R    STATE: LA   ZIP: 7 0 0 6 5

TRANSPORTED TO MEDICAL FACILITY
A. YES   C. UNKNOWN
B. NO   D. REFUSED AID
B

NAME OF FACILITY: X

| STATE | CLASS | ENDORSEMENTS | DRIVER'S LICENSE NUMBER |
|---|---|---|---|
| L A | E | | 4 6 1 4 6 6 0 |

INSTRUCTED TO EXCHANGE INFORMATION? YES ☐ NO ☒

OWNER'S NAME (LAST,FIRST,MI OR COMPANY NAME):

CONFIDENTIAL
Property of the Kenner Police Department
Documents produced by request of Law Enforcement
Agency Not Intended for Public Use or Display
DO NOT DUPLICATE OR DISSEMINATE

GOVERNMENT EXHIBIT
CR 00-269-N
1-18-06

SAME AS DRIVER? ☒ YES ☐ NO
SR-10 FURNISHED? ☐ YES ☒ NO
PROOF OF INSURANCE? ☐ YES ☐ NO
NOTICE OF VIOLATION ISSUED? ☐ YES ☒ NO

OCCUPANT'S NAME (LAST,FIRST,MI): Brettien - Daryl Naquin
Date: 9-26-03

| POSI- TION | EJEC- TION | TRAPT. EXTRI- CATED | AIR BAG | OCC. PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

STREET ADDRESS: _____

TRANSPORTED TO MEDICAL FACILITY
A. YES   C. UNKNOWN
B. NO   D. REFUSED AID

NAME OF FACILITY: _____

CITY: _____   STATE: _____   ZIP: N.A.

| INVESTIGATING AGENCY | NAME OF AGENCY | TIME OF NOTIFICATION | TIME OF ARRIVAL | TIME ALL LANES OPENED |
|---|---|---|---|---|
| | K E N N E R P O L I C E D E P T. | 2 0 2 1 | 2 0 2 7 | 2 0 2 7 |

INVESTIGATION COMPLETE: ☒ YES ☐ NO

INVESTIGATING POLICE AGENCY: B
A. STATE   C. PARISH
B. CITY   D. OTHER

REPORT COMPLETED: 0 8 2 4 2 0 0 3

P. GIOIELLO
INVESTIGATING OFFICER'S NAME (PRINT)

P. Gioiello
SIGNATURE

G-3 1 0
BADGE #

SUPERVISOR'S INITIALS

DPSSP 3105

**VEHICLE #02**

| A. PASSENGER CAR | E. MOTORCYCLE | I. SCHOOL BUS | M. TRUCK WITH TRAILER(S) |
| B. LT. TRUCK (P.U., ETC.) | F. PEDALCYCLE | J. OTHER BUS | N. FARM EQUIPMENT |
| C. VAN | G. OFF-ROAD VEHICLE | K. MOTOR HOME | O. OTHER |
| D. A, B, OR C WITH TRAILER | H. EMERGENCY VEHICLE | L. SINGLE UNIT TRUCK | |

PAGE # 02

YEAR 3002 MAKE CHEVEROLET MODEL SUBURBAN # DOORS 4 # AXLES 02 # TIRES 04

V.I.N. 3GNEC16T1YG206298 VEHICLE TOWED B A.YES B.NO C.LEFT AT SCENE REMOVED BY OWNER.

LICENSE PLATE YEAR 2004 STATE LA NUMBER JE0339 TYPE PRIVATE AUTO

REASON TOWED A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION D. OTHER [X]

TRAILER DESCRIPTION YEAR MAKE N/A TYPE YEAR STATE NUMBER LICENSE PLATE

DRIVER'S NAME (LAST,FIRST,MI) BOUDREAUX RAYMOND A.

DATE OF BIRTH 08121966

STREET ADDRESS 75 Yellowstone TELEPHONE (504)712-0561 AAABDMW37E

CITY KENNER STATE LA ZIP 70065

TRANSPORTED TO MEDICAL FACILITY A.YES C.UNKNOWN B.NO D.REFUSED AID [X]

STATE LA CLASS E ENDORSEMENTS DRIVER'S LICENSE NUMBER 7789948 INSTRUCTED TO EXCHANGE INFORMATION? [X]YES NO NAME OF FACILITY X

OWNER'S NAME (LAST,FIRST,MI OR COMPANY NAME)

SAME AS DRIVER? [X]YES NO
SR-10 FURNISHED? YES [X]NO
PROOF OF INSURANCE? YES [X]NO
NOTICE OF VIOLATION ISSUED? YES [X]NO

OCCUPANT'S NAME (LAST,FIRST,MI) BOUDREAUX ELIZABETH S CAABDFW34D

STREET ADDRESS 75Yellowstone. CITY KENNER STATE LA ZIP 70065

TRANSPORTED TO MEDICAL FACILITY A.YES C.UNKNOWN B.NO D.REFUSED AID [D] NAME OF FACILITY X

| INSURANCE VEHICLE # 1 | INSURANCE VEHICLE # 2 |
| INSURANCE CO. NAME: ALL STATE INS. CO. EFFECTIVE DATE 12/11/02 | INSURANCE CO. NAME: GEICO EFFECTIVE DATE 5/14/03 |
| POLICY NUMBER 015096040121? EXPIRATION DATE 12/11/03 | POLICY NUMBER 0747321204. EXPIRATION DATE 11/14/03 |
| AGENT'S NAME UNKNOWN. PHONE # (  )UNK. | AGENT'S NAME NONE. PHONE # (800)841-3000 |

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**CONTRIBUTING FACTORS AND CONDITIONS**

COMPUTER NO.  `2 6 8 3 3 5 2` - `0 3`

`8 - 8 2 3 9 5 - 3`

WRITE APPROPRIATE LETTER IN BLOCK

## ROAD SURFACE (ONE PER COLUMN)

| A | B |
|---|---|
| A. DRY | A. CONCRETE |
| B. WET | B. BLACK TOP |
| C. SNOW/SLUSH | C. BRICK |
| D. ICE | D. GRAVEL |
| E. CONTAMINANT (SAND, MUD, DIRT, OIL, ECT.) | E. DIRT |
| F. UNKNOWN | F. UNKNOWN |
| G. OTHER | G. OTHER |

## ROADWAY CONDITIONS [A]

A. NO DEFECTS
B. DEFECTIVE SHOULDERS
C. HOLES
D. DEEP RUTS
E. BUMPS
F. LOOSE SURFACE MATERIAL
G. CONSTRUCTION, REPAIR
H. OVERHEAD CLEARANCE LIMITED
I. CONSTRUCTION - NO WARNING
J. PREVIOUS CRASH
K. FLOODING
L. ANIMAL IN ROADWAY
M. OBJECT IN ROADWAY
N. OTHER DEFECTS

## LIGHTING [C]

A. DAYLIGHT
B. DARK - NO STREET LIGHTS
C. DARK - CONTINUOUS STREET LIGHT
D. DARK - STREET LIGHT AT INTERSECTION ONLY
E. DUSK
F. DAWN
G. OTHER

## KIND OF LOCATION [B]

A. MANUFACTURING OR INDUSTRIAL
B. BUSINESS CONTINUOUS
C. BUSINESS, MIXED RESIDENTIAL
D. RESIDENTIAL DISTRICT
E. RESIDENTIAL SCATTERED
F. SCHOOL OR PLAYGROUND
G. OPEN COUNTRY
H. OTHER

## PRIMARY FACTOR [D]

## SECONDARY FACTOR [A]

A. VIOLATIONS
B. MOVEMENT PRIOR TO CRASH
C. VISION OBSCUREMENTS
D. CONDITION OF DRIVER
E. VEHICLE CONDITIONS
F. ROAD SURFACE
G. ROADWAY CONDITION
H. LIGHTING
I. WEATHER
J. TRAFFIC CONTROL
K. KIND OF LOCATION
L. CONDITION OF PEDESTRIAN
M. PEDESTRIAN ACTIONS

## TYPE OF ROADWAY [A]

A. ONE-WAY ROAD
B. TWO-WAY ROAD WITH NO PHYSICAL SEPARATION
C. TWO-WAY ROAD WITH A PHYSICAL SEPARATION
D. TWO-WAY ROAD WITH A PHYSICAL BARRIER
E. UNKNOWN
F. OTHER

## WEATHER [A]

A. CLEAR
B. CLOUDY
C. RAIN
D. FOG/SMOKE
E. SLEET/HAIL
F. SNOW
G. SEVERE CROSSWIND
H. BLOWING SAND, SOIL, DIRT, SNOW
I. UNKNOWN
J. OTHER

## VIOLATION   1 [R]  2 [U]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. UNKNOWN VIOLATIONS
U. NO VIOLATIONS
V. OTHER

## REASON FOR MOVEMENT   1 [P]  2 [P]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Q. REASON UNKNOWN
R. OTHER

## ACCESS CONTROL [A]

A. NO CONTROL (UNLIMITED ACCESS TO ROADWAY)
B. PARTIAL CONTROL (LIMITED ACCESS TO ROADWAY)
C. FULL CONTROL (ONLY RAMP ENTRANCE & EXIT)
D. UNKNOWN
E. OTHER

## VISION OBSCUREMENTS   1 [O]  2 [O]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. UNKNOWN
O. NO OBSCURENCIES
P. OTHER

## CONDITION OF DRIVER   1 [G]  2 [A]

A. NORMAL
B. INATTENTIVE OR DISTRACTED
C. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. HAD BEEN DRINKING - IMPAIRED
H. HAD BEEN DRINKING - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. UNKNOWN
L. OTHER

## VEHICLE LIGHTING   1 [A]  2 [A]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
D. UNKNOWN

## HARMFUL EVENTS

A. OVERTURNED
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. OTHER NONCOLLISION
F. PEDESTRIAN
G. PEDALCYCLE
H. RAILWAY TRAIN
I. ANIMAL
J. MOTOR VEHICLE IN TRANSPORT
K. MOTOR VEHICLE IN TRANSPORT IN OTHER ROADWAY
L. PARKED MOTOR VEHICLE
M. OTHER OBJECT (NOT FIXED)

N. IMPACT ATTENUATOR
O. BRIDGE-PIER OR ABUTMENT
P. BRIDGE-PARAPET END
Q. BRIDGE-RAIL
R. GUARDRAIL FACE
S. GUARDRAIL END
T. MEDIAN BARRIER
U. HIGHWAY TRAFFIC SIGN POST
V. OVERHEAD SIGN SUPPORT
W. LUMINAIRE/LIGHT SUPPORT
X. UTILITY POLE
Y. OTHER POLE

Z. CULVERT
AA. CURB
BB. EMBANKMENT
CC. MAIL BOX
DD. DITCH

EE. FENCE
FF. TREE
GG UNKNOWN
HH. OTHER FIXED OBJECT

| | VEH 1 | VEH 2 |
|---|---|---|
| FIRST HARMFUL EVENT | [J] | [J] |
| MOST HARMFUL EVENT | [J] | [J] |

## RELATION TO ROADWAY [A]

A. ON ROADWAY
B. SHOULDER
C. MEDIAN
D. BEYOND SHOULDER - LEFT
E. BEYOND SHOULDER - RIGHT
F. OFF ROADWAY
G. GORE
H. UNKNOWN
I. OTHER

## ALIGNMENT [A]

A. STRAIGHT-LEVEL
B. STRAIGHT LEVEL ELEVATED
C. CURVE-LEVEL
D. CURVE-LEVEL ELEVATED
E. ON GRADE-STRAIGHT
F. ON GRADE-CURVE
G. HILLCREST-STRAIGHT
H. HILLCREST-CURVE
I. DIP, HUMP-STRAIGHT
J. DIP, HUMP-CURVE
L. OTHER

## MOVEMENT PRIOR TO CRASH   1 [B]  2 [P]

A. STRAIGHT-LEVEL
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

## VEHICLE CONDITION   1 [K]  2 [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
L. UNKNOWN DEFECTS
M. OTHER

## TRAFFIC CONTROL CONDITIONS   1 [E]  2 [E]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DECEPTIVE
E. NO CONTROLS
F. CONDITION UNKNOWN

## TRAFFIC CONTROL   1 [V]  2 [V]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, WATCHMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL

N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
W. UNKNOWN
X. OTHER

## ALCOHOL/DRUG INVOLVEMENT

| | #1 | #2 |
|---|---|---|
| | [B] | [A] |

ALCOHOL/DRUGS PRESENT
A. NEITHER ALCOHOL OR DRUGS PRESENT
B. YES (ALCOHOL PRESENT)
C. YES (DRUGS PRESENT)
D. YES (ALCOHOL AND DRUGS PRESENT)
E. NOT REPORTED
F. UNKNOWN

| ALCOHOL | #1 | #2 |
|---|---|---|
| A. TEST REQUIRED | [A] | [B] |
| B. NO TEST GIVEN | | |
| C. TEST GIVEN, RESULTS PENDING | | |
| D. TEST GIVEN, BAC | ___ g% | ___ g% |
| E. UNKNOWN | | |

| DRUGS | #1 | #2 |
|---|---|---|
| A. TEST NOT GIVEN | [A] | [A] |
| B. TEST GIVEN, RESULTS PENDING | | |
| C. DRUGS REPORTED (SPECIFY) | | |
| D. UNKNOWN | | |

SUSPECTED DRUGS

INVESTIGATING OFFICER'S INITIALS _____

OFFICER'S NARRATIVE: DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC. IF NECESSARY, INDICATE DAMAGE TO PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE. REFER TO EACH BY VEHICLE NUMBER

PAGE # 04

DRIVER OF VEH. 1 FLED THE SCENE AFTER THE COLISION. DRIVER OF VEH. 2 STATED THAT HE WAS TRAVELLING NORTH ON LA 49 (WILLIAMS BLVD) IN THE 3600 BLOCK. HE WAS SLOWING TO MAKE A RIGHT TURN INTO "WENDY'S" FOR DRIVE THRU SERVICE, WHEN VEHICLE 1 STRUCK HIM IN THE REAR. VEHICLE 1 SPED AWAY AFTER IMPACT. DRIVER OF VEHICLE 2 FOLLOWED THE VEHICLE UNTIL IT STOPPED FOR TRAFFIC IN DRIFTWOOD SUBDIVISION, MR. BOUDREAUX, DRIVER VEH. 2, GOT OUT AND APPROACHED VEH. 1. HE LOOKED AT THE DRIVER AS HE SPED AWAY AGAIN AND ELUDED HIM. HE ADVISED THAT THE DRIVER OF VEH. 1 APPEARED INTOXICATED AND WAS DRIVING RECKLESSLY. HE OBTAINED A DESCRIPTION OF VEH. 1 AND DRIVER AND OBTAINED THE TRAILER LICENSE PLATE NUMBER. HE CONTACTED THE POLICE, THE DRIVER OF VEH. 1 WAS STOPPED LATER IN THE EVENIN FROM A SECOND COMPLAINT OF R.O.M.V. AND WAS INDEED INTOXICATED. HE WAS

| NON-COLLISION WITH MOTOR VEHICLE | REAR END | HEAD-ON | RIGHT ANGLE | LEFT TURN | LEFT TURN | LEFT TURN | RIGHT TURN | RIGHT TURN | SIDESWIPE SAME | SIDESWIPE OPPOSITE | OTHER | MANNER OF COLLISION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | B |



WENDY'S
3636
WILLIAMS
BLVD,
(LA 49)

PATH OF VEHICLE 1

VEH 2

DRIVE WAY

3600 BLK. WILLIAMS
LA 49

P.O.I.

NORTH

NOT TO SCALE.

| VEH | DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED | | SKIDMARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HEADED | ON STREET, HIGHWAY OR DRIVE | | | EST | POSTED | FR | FL | RR | RL |
| 1 | N E S W (N) | 3600 BLK. LA 49 (WILLIAMS) | 2 FT. OFF ROADWAY 3636 | 2' | 7 | 40 | X | X | X | X |
| 2 | N E S W (N) | 3600 BLK LA 49 (WILLIAMS) | LEFT SCENE | UNK. | UNK | 40 | X | X | X | X |

| DAMAGE TO VEHICLE 1 | | DAMAGE TO VEHICLE 2 | | | | | |
|---|---|---|---|---|---|---|---|
| AREA DAMAGED | EXTENT OF DEFORMITY | AREA DAMAGED | EXTENT OF DEFORMITY | | CITATION NO | R.S. OR ORD. NO | |
| C D E / B F / A G / H / K J I | 1ST B 2ND 3RD | E 1ST A- NONE B- VERY MINOR C- MINOR D- MINOR/MODERATE E- MODERATE F- MODERATE/SEVERE G- SEVERE H- VERY SEVERE I- UNKNOWN | C D E / B F / A G / H / K J I | 1ST H 2ND 3RD | D 1ST A- NONE B- VERY MINOR C- MINOR D- MINOR/MODERATE E- MODERATE F- MODERATE/SEVERE G- SEVERE H- VERY SEVERE I- UNKNOWN | OVWI CITATION VEH. 1 2 014 2751 X | R.S. 14.99 R.S. 14.98 R.S. 14.100 |

N- UNDER-CARRIAGE
O- TOTAL
P- OTHER
Q- NONE
R- UNKNOWN

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
NARRATIVE SUPPLEMENT

COMPUTER NU:  2 6 8 3 3 5 2 - 0 5

8-82395-03

PAGE #  05 pg.
3/24/03

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS.
INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.
IF NECESSARY, INDICATE DAMAGE TO PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.
REFER TO EACH BY VEHICLE NUMBER

ARRESTED AND CHARGED ACCORDINGLY BY OFF. J. TERRANOVA.
TECH. M. MATISE PHOTOGRAPHED BOTH VEHICLES.
MRS. BOUDREAUX COMPLAINED OF BACK PAIN BUT REFUSED AID
ONLY TO SEEK IT ON HER OWN AT A LATER TIME, SHE
WAS ADVISED ACCORDINGLY TO SEEK MEDICAL CARE. NOT TO SCALE.
CASE CLOSED.

DPSSP 3110

INVESTIGATING OFFICER'S INITIALS

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
ALTERNATIVE GRID

COMPUTER NUMBER                    PAGE #

NORTH

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
ADDITIONAL OCCUPANT SUPPLEMENT

COMPUTER NUMBER: 268 3 52 - 06
8-82395-03
PAGE #

| VEH # | OCCUPANT'S NAME (LAST,FIRST,MI) | POS-TION | EJEC-TION | TRANS EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | BOUDREAUX JR AAYMOND | D | A | A | B | D | M | W | 07 | E |

STREET ADDRESS: 75 Yellowstone
CITY: KENNER   STATE: LA   ZIP: 70065
TRANSPORTED TO MEDICAL FACILITY: B
A. YES  C. UNKNOWN
B. NO   D. REFUSED AID
NAME OF FACILITY: X

| VEH # | OCCUPANT'S NAME (LAST,FIRST,MI) | POS-TION | EJEC-TION | TRANS EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | BOUDREAUX SAVANNAH | F | A | A | B | D | F | W | 06 | E |

STREET ADDRESS: 75 Yellowstone
CITY: KENNER   STATE: LA   ZIP: 70065
TRANSPORTED TO MEDICAL FACILITY: B
A. YES  C. UNKNOWN
B. NO   D. REFUSED AID
NAME OF FACILITY: X

DPSSP 3108    INVESTIGATING OFFICER'S INITIALS: P.G.

# KENNER POLICE DEPARTMENT

INCIDENT REPORT
SUPPLEMENTAL REPORT

PAGE / of /    ITEM NUMBER 8-82385-63

**EVENT**

| 2. SIGNAL | 3. INCIDENT | | 4. DATE/TIME OCCURRED | 5. DIST. | 6. BEAT NO. | ☐ SELF INITIATED ☐ FLAGGED DOWN ☒ CFS |
|---|---|---|---|---|---|---|
| 100 | HIT AND RUN | | 8-24-03 2014 | 1 | 105 | |

| LOCATION OF OCCURRENCE | CITY | ST. | 8. DATE/TIME OF REPORT | 9. REP AREA | 10. WEATHER | 11. TEMP. | 12. LIGHTING | 13. BULLETIN REQD. |
|---|---|---|---|---|---|---|---|---|
| 3600 BLOCK WILLIAMS BLVD | KENNER | LA | 8-24-03 2133 | 8518 | 1 | 80° | G | ☐ YES ☒ NO |

**WITNESS / REPORTING PERSON / VICTIM**

| 14. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX ☐ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER ☐ 1610 MALE ☐ 1611 FEMALE |
| (LAST NAME) (FIRST NAME) (MIDDLE NAME) | 15. HOME PHONE A.C. | 16. DRIVER'S LICENSE ST. | OCCUPATION |
| 17. HOME ADDRESS CITY ST. | | | |
| 18. BUSINESS ADDRESS CITY ST. | 19. BUSINESS PHONE A.C. | 20. SOC. SECURITY NO. | 21. RESIDENCE STATUS ☐ 630 KEN. RESIDENT ☐ 631 METRO RESIDENT ☐ 632 TOURIST ☐ 633 BUSINESS |
| 22. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 23. TRANS TO | 24. DOCTOR/CORONER |

| 25. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX ☐ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER ☐ 1610 MALE ☐ 1611 FEMALE |
| (LAST NAME) (FIRST NAME) (MIDDLE NAME) | 26. HOME PHONE A.C. | 27. DRIVER'S LICENSE ST. | OCCUPATION |
| 28. HOME ADDRESS CITY ST. | | | |
| 29. BUSINESS ADDRESS CITY ST. | 30. BUSINESS PHONE A.C. | 31. SOC. SECURITY NO. | 32. RESIDENCE STATUS ☐ 630 KEN. RESIDENT ☐ 631 METRO RESIDENT ☐ 632 TOURIST ☐ 633 BUSINESS |
| 33. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 34. TRANS TO | 35. DOCTOR/CORONER |

| 36. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX ☐ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER ☐ 1610 MALE ☐ 1811 FEMALE |
| (LAST NAME) (FIRST NAME) (MIDDLE NAME) | 37. HOME PHONE A.C. | 38. DRIVER'S LICENSE ST. | OCCUPATION |
| 39. HOME ADDRESS CITY ST. | | | |
| 40. BUSINESS ADDRESS CITY ST. | 41. BUSINESS PHONE A.C. | 42. SOC. SECURITY NO. | 43. RESIDENCE STATUS ☐ 630 KEN. RESIDENT ☐ 631 METRO RESIDENT ☐ 632 TOURIST ☐ 633 BUSINESS |
| 44. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 45. TRANS TO | 46. DOCTOR/CORONER |

**NUMBER OF ARRESTS**

| 1 | 47. NAME OF ARRESTEE | RACE | SEX | DATE OF BIRTH | 48. RIGHTS WAIVED | FORM NUMBER |
|---|---|---|---|---|---|---|
| | THEVENOT, MARK S | W | M | 2-5-63 | ☐ YES ☒ NO | DWF 6621 |

| 49. ADDRESS | CITY | ST. | 50. DATE/TIME ARREST | 51. ARREST CREDIT | 52. RIGHTS ADVISED BY |
|---|---|---|---|---|---|
| 3555 GRANDLAKE BLVD APT C306 | KENNER | LA | 8-24-03 2133 | 03 | J. TERRANOVA |

| 53. ARREST LOCATION | CITY | ST. | 54. DIST. | 55. BEAT | 56. RELAT. | 57. TRANS UNIT | TRANSPORTED BY: |
|---|---|---|---|---|---|---|---|
| 3550 GRANDLAKE BLVD | KENNER | LA | 1 | 101 | 10 | 102 | J. TERRANOVA |

| 58. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 59. TRANS TO | 61. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 3 | 7 | X | X | X | X | X | X |

| 62. DRIVER'S LICENSE STATE | D.L. NO. | 63. SOCIAL SECURITY | PHONE NO. |
|---|---|---|---|
| LA | 4614660 | 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 | (504) 508-4235 |

| MUNICIPAL ☐ STATE ☒ OTHER ☐ | ALIAS X | MAGISTRATE DATE 10-30-03 | TIME 12:45 PM |

**ARRESTED SUBJECT**

64. CHARGES/COMMENTS

R.S. 14:98 => O.U.W.I.   R.S. 14:99 => RECKLESS OPERATING => R.S. 14:100 => HIT AND RUN DRIVING.

64A. PROBABLE CAUSE STATEMENT

THE DEFENDANT WAS THE DRIVER OF A VEHICLE IN WHICH HE STRUCK ANOTHER VEHICLE AND FLED THE SCENE. THE DEFENDANT WAS OBSERVED DRIVING AT A HIGH RATE OF SPEED SWERVING ON THE ROADWAY. A TRAFFIC STOP WAS CONDUCTED AND UPON COMING INTO CONTACT WITH THE DEFENDANT A STRONG ODOR OF AN UNKNOWN ALCOHOLIC BEVERAGE COULD BE SMELLED AS THE DEFENDANT SPOKE. THE DEFENDANT STUMBLED OUT OF HIS VEHICLE AND HAD SLURRED SPEECH. THE DEFENDANT WAS GIVEN A FIELD SOBRIETY TEST WHICH HE PERFORMED POORLY AND COULD NOT COMPLETE. THE DEFENDANT WAS PLACED UNDER ARREST, TRANSPORTED TO THE KENNER LOCK UP AND CHARGED ACCORDINGLY. AT THE LOCK UP THE DEFENDANT WAS READ HIS RIGHTS WHERE THE DEFENDANT REFUSED THE INTOXILYZER 5000 TEST.

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1. CLEAR | G — GOOD | I — INDIAN | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE | 7. COMMON LAW |
| 2. CLOUDY | | S — SPANISH | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/ | 2. OTHER EMS | 2. FATHER/MOTHER | 8. RELATIVES |
| 3. RAIN | F — FAIR | B — BLACK | 3. INTOX | 3. Serious Non-Fatal | RELEASED | 3. POLICE | 3. SON/DAUGHTER | 9. STRANGERS |
| 4. SNOW | | W — WHITE | 4. DRUGS | 4. Severe | 3. HOSPITALIZED | 4. CIVILIAN | 4. BROTHER/SISTER | (KNOWN TO AREA) |
| 5. FOG | P — POOR | O — ORIENTAL | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER | 10. COMPLETE STRANGER |
| 6. OTHER | | X — OTHER | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE | 11. OTHER (EXP.) |
| | | | | 7. No Injury | | | | |

**ADM**

| 65. DETECTIVE X | I.D. NO. | 66. TECHNICIAN X | I.D. NO. | 67. EMS / TOW / OTHER X | 68. ACCESS NUMBER (OFF. USE ONLY) |
|---|---|---|---|---|---|

| 69. REPORTING OFFICER | I.D. NO. | 70. REPORTING OFFICER | I.D. NO. | 71. CALL NO. | SUPERVISOR | I.D. NO. |
|---|---|---|---|---|---|---|
| J. TERRANOVA | T1265 | X | | 102 | | |

# K.P.D. — CONTINUATION

PAGE 2 OF 4          4:98          8-82385-07

(repository watermark)

## ARRESTED/WANTED SUBJECT — TOTAL PERPETRATORS: 1

**74. NAME** ☒ ARRESTED ☐ SUSPECT  ☒ STATE ☐ MUNICIPAL  ☐ MISSING ☐ RUNAWAY ☐ JUVENILE

THE VEST, MARK S

| RACE | SEX | DATE OF BIRTH |
|---|---|---|
| W | M | 2-5-63 |

**75. ADDRESS**

#1  3555 GRANDLAKE BLVD APT C30X KENNER LA

| RELAT | HEIGHT | WEIGHT |
|---|---|---|
| 10 | 5 08 | 180 |

**PERPETRATOR RACE/SEX**
- ☒ 1801 WHITE
- ☐ 1802 BLACK
- ☐ 1803 OTHER
- ☒ 1810 MALE
- ☐ 1811 FEMALE

**76. NAME** ☐ ARRESTED ☐ SUSPECT  ☐ STATE ☐ MUNICIPAL  ☐ MISSING ☐ RUNAWAY ☐ JUVENILE

X

| RACE | SEX | DATE OF BIRTH |
|---|---|---|
| X | X | X |

**77. ADDRESS**

#2  X

| RELAT | HEIGHT | WEIGHT |
|---|---|---|
| X | X | X |

**PERPETRATOR RACE/SEX**
- ☐ 1801 WHITE
- ☐ 1802 BLACK
- ☐ 1803 OTHER
- ☐ 1810 MALE
- ☐ 1811 FEMALE

### HAIR STYLE
- ☐ 751 AFRO
- ☐ 752 BRAIDED
- ☐ 753 CURLY
- ☒ 754 STRAIGHT
- ☐ 755 CREWCUT
- ☐ 756 WAVY
- ☐ 757 BALD
- ☐ 758 BALD BACK
- ☐ 759 BALD FRONT
- ☒ 760 SHORT
- ☐ 761 MEDIUM
- ☐ 762 LONG

### HAIR COLOR
- ☐ 731 BLONDE
- ☐ 732 RED
- ☒ 733 BROWN
- ☐ 734 BLACK
- ☐ 735 GREY/SILVER
- ☐ 736 SALT/PEPPER
- ☐ 737 MULTI-COLOR
- ☐ 738 PLAT. BLONDE
- ☐ 739 STREAKED
- ☐ 740 GREY PATCHES
- ☐ 741
- ☐ 742

### FACIAL HAIR
- ☐ 771 NO SIDEBURNS
- ☐ 772 LONG SIDEBURNS
- ☐ 773 MUTTON CHOPS
- ☐ 774 BEARD
- ☐ 775 GOATEE
- ☐ 776 MUSTACHE
- ☐ 777 FU-MANCHU
- ☐ 778 HAIR UND LIP
- ☐ 779 NEAT
- ☐ 780 UNSHAVEN
- ☐ 781 BUSHY EYEBROWS
- ☐ 782 THIN EYEBROWS
- ☐ 783 CLEAN SHAVEN

### BUILD
- ☐ 801 SMALL/PETITE
- ☒ 802 THIN
- ☐ 803 MEDIUM
- ☐ 804 MUSCULAR
- ☐ 805 HEAVY/STOCKY
- ☐ 806 FLABBY
- ☐ 807 STOOPED SHOULDERS
- ☐ 808 NARROW SHOULDERS
- ☐ 809 BROAD SHOULDERSS
- ☐ 810 LARGE CHEST
- ☐ 811 DWARF/MIDGET
- ☐ 812 LARGE BUTTOCKS

### EYES
- ☐ 861 BLUE
- ☒ 862 BROWN
- ☐ 863 GREY
- ☐ 864 GREEN
- ☐ 865 PINK
- ☐ 866 BLOODSHOT
- ☐ 867 BULGING
- ☐ 868 CROSSED
- ☐ 869 MISSING/GLASS
- ☐ 870 SQUINTS/BLINKS
- ☐ 871 GLASSES/CONTACTS
- ☐ 872 SLANTED/ORIENTAL

### NOSE
- ☐ 881 LARGE
- ☐ 882 SMALL
- ☐ 883 LONG
- ☐ 884 THIN
- ☐ 885 PUG
- ☐ 886 POINTED
- ☐ 887 BROAD
- ☐ 888 FLAT
- ☐ 889 BROKEN
- ☐ 890 HOOKED
- ☐ 891 RED/PURPLE
- ☐ 892 BIG NOSTRIL

### TEETH
- ☐ 901 GOOD
- ☐ 902 IRREGULAR
- ☐ 903 DECAYED
- ☐ 904 PROTRUDING
- ☐ 905 GAPS
- ☐ 906 MISSING
- ☐ 907 CHIPPED
- ☐ 908 FALSE
- ☐ 909 GOLD
- ☐ 910 DESIGN
- ☐ 911 DIAMOND
- ☐ 912 BRACED

### COMPLEXION
- ☐ 821 ALBINO
- ☒ 822 FAIR
- ☐ 823 RUDDY
- ☐ 824 OLIVE
- ☐ 825 LT SKIN
- ☐ 826 BROWN

### ACCENT
- ☐ 1021 AFRO/AMERICAN
- ☐ 1022 SPANISH
- ☐ 1023 ORIENTAL
- ☐ 1024 FRENCH
- ☐ 1025 ENGLISH
- ☐ 1026 JAMAICAN

### SPEECH
- ☐ 1001 SOFT POLITE
- ☐ 1002 RASPY DEEP
- ☐ 1003 RAPID
- ☐ 1004 SLOW
- ☐ 1005 LOUD
- ☐ 1006 MUTE
- ☐ 1007 MUMBLES
- ☐ 1008 STUTTERS/LISP
- ☐ 1009 VULGAR
- ☐ 1010 APOLOGETIC
- ☐ 1011 EFFEMINATE
- ☐ 1012 TALKATIVE

### FACIAL ODDITIES
- ☐ 921 BIRTHMARKS
- ☐ 922 BLOTCHES
- ☐ 923 FRECKLES
- ☐ 924 MOLES/WARTS
- ☐ 925 PIMPLES/POCKS
- ☐ 926 WRINKLES
- ☐ 927 HIGH CHEEKS
- ☐ 928 THICK LIP
- ☐ 929 HARELIP
- ☐ 930 LARGE EARS
- ☐ 931 CAULIFLOWER EARS
- ☐ 932 MISSING EARS

### ODDITIES
- ☐ 941 BOW LEGS
- ☐ 942 LIMP
- ☐ 943 CRIPPLED ARM
- ☐ 944 MISSING ARM
- ☐ 945 MISSING FINGERS
- ☐ 946 MISSING HAND
- ☐ 947 MISSING FOOT
- ☐ 948 MISSING LEG
- ☐ 949 ABNORMAL GENITALS
- ☐ 950 BODY ODOR
- ☐ 951 LEFT HANDED
- ☐ 952 UNUSUAL ODORS

### SCARS
- ☐ 961 CHEEK, LEFT
- ☐ 962 CHEEK, RIGHT
- ☐ 963 CHIN
- ☐ 964 EAR, LEFT
- ☐ 965 EAR, RIGHT
- ☐ 966 EYEBROW, LEFT
- ☐ 967 EYEBROW, RIGHT
- ☐ 968 LIP, UPPER
- ☐ 969 LIP, UPPER
- ☐ 970 NOSE
- ☐ 971 BURN SCAR
- ☐ 972 ARM, LEFT

### SCARS
- ☐ 973 ARM, RIGHT
- ☐ 974 HAND, LEFT
- ☐ 975 HAND, RIGHT
- ☐ 976 WRIST, LEFT
- ☐ 977 WRIST, RIGHT
- ☐ 978 CHEST
- ☐ 979 NECK
- ☐ 980 BACK
- ☐ 981 LEG, LEFT
- ☐ 982 LEG, RIGHT
- ☐ 983 TRACK MARKS
- ☐ 984

### TATTOOS
- ☐ 985 ARM, LEFT
- ☐ 986 ARM, RIGHT
- ☐ 987 HAND, LEFT
- ☐ 988 HAND, RIGHT
- ☐ 989 FOREHEAD
- ☐ 990 CHEST
- ☐ 991 NECK
- ☐ 992 BACK
- ☐ 993 LEG, LEFT
- ☐ 994 LEG, RIGHT
- ☐ 995 CHEEK, LEFT
- ☐ 996 CHEEK, RIGHT

### APPAREL
- ☐ 1041 CLOTH OVER FACE
- ☐ 1042 STOCKING OVER FACE
- ☐ 1043 MASK
- ☐ 1044 HEAD CLOTH/RAG
- ☐ 1045 EARRINGS
- ☐ 1046 SUNGLASSES
- ☐ 1047 RINGS
- ☐ 1048 GLOVES
- ☐ 1049 CAP/HAT
- ☒ 1050 MAN-FEMALE ATTIRE
- ☐ 1051 WESTERN WEAR
- ☐ 1052 TENNIS SHOES

**ADDITIONAL DESCRIPTION / CLOTHING — TATTOOS — SCARS AND TEETH**   IDENTIFIABLE  #1 ☒  #2 ☐

1. GREY SHIRT, TAN SHORT

2.   X

## VEHICLE

- ☐ 1061 WANTED
- ☐ 1062 VICTIM
- ☐ 1063 STOLEN LOCAL
- ☐ 1064 STOLEN FOREIGN
- ☐ 1065 RCVD LOCAL
- ☐ 1066 IMPOUNDED
- ☐ 1067 SUSPECT
- ☐ 1068 RCVD FOREIGN

| 78. YEAR | 79. MAKE | | 80. MODEL | 81. STYLE | 82. VIN/SERIAL NO. |
|---|---|---|---|---|---|
| | | | | | |

| 83. LIC. NUMBER | 84. LIC. ST. | 85. LIC. YR. | 86. COLOR | UCR CATEGORY | VALUE | |
|---|---|---|---|---|---|---|
| | | | | | STOLEN | RECOVERED |

**87. LOCATION OF RECOVERY**  TOWED BY  INT  **D**

**RECOVERY INFORMATION** DIST / BEAT

**MILEAGE**

- ☐ 1101 AMC
- ☐ 1102 BUICK
- ☐ 1103 CADILLAC
- ☐ 1104 CHEVY
- ☐ 1105 CHRYSLER
- ☐ 1106 DODGE
- ☐ 1107 FORD
- ☐ 1108 LINCOLN
- ☐ 1109 MERCURY
- ☐ 1110 OLDS
- ☐ 1111 PLYMOUTH
- ☐ 1112 PONTIAC
- ☐ 1113 AUDI
- ☐ 1114 NISSAN
- ☐ 1115 FIAT
- ☐ 1116 HONDA
- ☐ 1117 MAZDA
- ☐ 1118 M G
- ☐ 1119 PORSCHE
- ☐ 1120 TOYOTA
- ☐ 1121 TRIUMPH
- ☐ 1122 VOLKS
- ☐ 1123 VOLVO
- ☐ 1124 OTHER
- ☐ 1131 2 DOOR
- ☐ 1132 4 DOOR
- ☐ 1133 STA-WAGON
- ☐ 1134 PICK-UP
- ☐ 1135 CONVERTIBLE
- ☐ 1136 TRUCK
- ☐ 1137 MTRCYCLE
- ☐ 1138 BICYCLE
- ☐ 1139 OTHER
- ☐ 1140
- ☐ 1141
- ☐ 1142
- ☐ 1201 ☐ 1207 ☐ 1213
- ☐ 1202 ☐ 1208 ☐ 1214
- ☐ 1203 ☐ 1209 ☐ 1215
- ☐ 1204 ☐ 1210
- ☐ 1205 ☐ 1211
- ☐ 1206 ☐ 1212

**VEHICLE DAMAGE**  1 · 2 · 3
11 | 13 | 14 | 15 |
☐ LT  ☐ MED  ☐ HEAVY

## STOLEN/RECOVERED VEHICLE

### STOLEN / RECOVERED VEHICLE M.O.

- ☐ 570 VEHICLES
- ☐ 571 GAS STOLEN ONLY
- ☐ 572 BATTERY STOLEN ONLY
- ☐ 573 JOY RIDE
- ☐ 574 VIN CHANGED/RESOLD
- ☐ 575 LOCKS BROKEN OUT
- ☐ 576 LOCKED STEERING/TRANS. DEFEATED
- ☐ 577 USED IN OTHER CRIME
- ☐ 578 WINDOW ENTERED
- ☐ 579 KEYS LEFT IN CAR
- ☐ 580 CAR LEFT UNLOCKED BY VICTIM
- ☐ 581 CAR LEFT LOCKED BY VICTIM
- ☐ 591 FAMILY RESIDENTIAL
- ☐ 592 APARTMENT COMPLEX
- ☐ 593 HOUSING PROJECT
- ☐ 594 COMMERCIAL
- ☐ 595 PARK/PLAYGROUND
- ☐ 596 DESERTED HIGHWAY/STREET

**88. ADDITIONAL INFORMATION**

## WEAPON

**NCIC**  ☐ STOLEN  ☐ NOT STOLEN
**PAWNSHOP**  ☐ RECORD  ☐ NO RECORD

| 89. MAKE | 90. MODEL | 91. CAL. | 92. SERIAL NO. | 93. BUTT NO. |
|---|---|---|---|---|
| | | | | |

**WEAPON** / **FIREARM FEATURES**   **94. ADDITIONAL INFORMATION**

- ☐ 1141 HAND GUN
- ☐ 1142 SHOTGUN
- ☐ 1143 RIFLE
- ☐ 1144 SIMULATED
- ☐ 1145 IMPLIED
- ☐ 1146 KNIFE
- ☐ 1147 VEHICLE
- ☐ 1148 BLUNT INSTRUMENT
- ☐ 1149 THROWN OBJECT
- ☐ 1150 EXPLOSIVE
- ☐ 1151 LIQUID/GAS
- ☐ 1152 OTHER
- ☐ 1153 CHROME NICKEL
- ☐ 1154 BLUE STEEL
- ☐ 1155 SHORT BARREL
- ☐ 1156 DOUBLE BARREL
- ☐ 1157 SINGLE BARREL
- ☐ 1158 SAWED OFF
- ☐ 1159 PUMP
- ☐ 1160 BOLT
- ☐ 1161 AUTOMATIC
- ☐ 1162 REVOLVER
- ☐ 1163 ALT STOCK
- ☐ 1164 OTHER

**ACCESS NUMBER**



# K.P.D — MODUS OPERAND.

PAGE 3 OF

ITEM NUMBER
8- 82385-03

## 100. SUSPECTS ACTIONS BEFORE OFFENSE

- ☐ 101 STOOD AT BUS STOP
- ☐ 102 LOITERED IN AREA
- ☐ 103 APPROACHED FROM FRONT
- ☒ 104 APPROACHED FROM BEHIND
- ☐ 105 FOLLOWED VICTIM ON FOOT
- ☐ 106 FOLLOWED/APPROACHED VICTIM WITH VEHICLE

- ☐ 107 ASKED VICTIM FOR HELP OR DIRECTIONS
- ☐ 108 STOPPED VICTIM'S VEHICLE ON STREET
- ☐ 109 USED PRETEXT OF CAR TROUBLE
- ☐ 110 ASSISTED VICTIM WITH CAR TROUBLE
- ☐ 111 ATTACKED FROM CONCEALMENT
- ☐ 112 CLAIMED TO BE SENT BY PARENTS/FRIEND

- ☐ 113 ANSWERED AD OR ASKS FOR JOB
- ☐ 114 MET VICTIM AT BAR, PARTY, ETC
- ☐ 115 OFFERED JOB, GIFTS, MONEY
- ☐ 116 USED SLIGHT OF HAND
- ☐ 117 USED TRICKERY/DROP THE PIGEON
- ☐ 118 USED DRUGS/ALCOHOL

- ☐ 119 ENTERED AFTER KNOCKING OR DOOR OR RINGING BELL
- ☐ 120 OFFERED DRUGS
- ☐ 121 OFFERED SEX
- ☐ 122 OFFERED RIDE
- ☐ 123 OTHER

## 100 SUSPECTS ACTIONS DURING OFFENSE

- ☐ 161 DISABLED PHONE
- ☐ 162 DISABLED CAMERA/ALARM
- ☐ 163 RANSACKED PREMISES
- ☐ 164 COMMITTED CRIMINAL DAMAGE
- ☐ 165 SET FIRE
- ☐ 166 USED FACILITIES, TELEPHONE, CONSUMABLES
- ☐ 167 KNEW LOCATION OF HIDDEN CASH
- ☐ 168 USED LOOKOUT/DRIVER
- ☐ 169 USED DEMAND NOTE
- ☐ 170 PLACED PROPERTY IN SACK/POCKET
- ☐ 171 DEMANDED MONEY

- ☐ 172 DEMANDED JEWELRY
- ☐ 173 REMAINED SILENT
- ☐ 174 SAID HE WILL RETURN
- ☐ 175 BOUND/GAGGED VICTIM
- ☐ 176 KIDNAPPED VICTIM/TOOK HOSTAGES
- ☐ 177 DEMANDED DRUGS
- ☐ 178 DEMANDED CAR KEYS
- ☐ 179 WIPED PRINTS
- ☐ 180 WORE GLOVES
- ☐ 181 OFFERED VICTIM LIQUOR

- ☐ 182 CALLED VICTIM BY SOME NAME
- ☐ 183 CRIED DURING/AFTER OFFENSE
- ☐ 184 UNABLE TO ACHIEVE ERECTION
- ☐ 185 REQUESTED HELP IN SEX ACTS
- ☐ 186 PENILE/VAGINAL PENETRATION
- ☐ 187 PERFORMED HOMOSEXUAL ACTS
- ☐ 188 FORCED VICTIM INTO MASTURBATE ASSAILANT
- ☐ 189 MASTURBATED
- ☐ 190 URINATED/EJACULATED ON VICTIM
- ☐ 191 PERFORMED ORAL PERVERSION ON VICTIM
- ☐ 192 FORCED VICTIM TO PERFORM ORAL ACTS

- ☐ 193 COMMITTED ANAL PENETRATION
- ☐ 194 KISSED, BIT, LICKED VICTIM
- ☐ 195 CUT VICTIM'S CLOTHING
- ☐ 196 FORCED VICTIM TO DISROBE
- ☐ 197 FORCED VICTIM INTO SPECIFIC POSITION, LOCATION
- ☐ 198 USED CONTRACEPTIVE LUBRICANT
- ☐ 199 PERPETRATOR DISROBED
- ☐ 200 PERPETRATOR REMAINED CLOTHED, EXPOSED GENITALS
- ☐ 201 FONDLED BREAST GENITALS
- ☐ 202 CLEANED UP WASHED
- ☐ 203 PENETRATED WITH OTHER THAN GENITALS
- ☒ 204 OTHER

## 220 INJURY / THREATS    ✗

- ☐ 221 FIRED WEAPON
- ☐ 222 THREATENED TO HARM VICTIM / FAMILY
- ☐ 223 SNATCHED OBJECT FROM VICTIM'S GRASP
- ☐ 224 KNOCKED VICTIM TO GROUND
- ☐ 225 STRUCK VICTIM WITH WEAPON, OBJECT OR RST
- ☐ 226 CUT / STABBED VICTIM
- ☐ 227 SHOT VICTIM
- ☐ 228 STRANGLED / CHOKED VICTIM
- ☐ 229 DROWNED VICTIM
- ☐ 230 BURNED VICTIM
- ☐ 231 OTHER

## 240 SUSPECT'S ACTIONS VEHICLE INVOLVED

- ☒ 241 USED VEHICLE IN OFFENSE
- ☐ 242 TOOK VICTIM'S VEHICLE
- ☐ 243 VEHICLE NEEDED TO REMOVE PROPERTY
- ☐ 244 LURED VICTIM INTO VEHICLE
- ☐ 245 FORCED INTO PERPETRATOR'S VEHICLE
- ☐ 246 FORCED INTO VICTIM'S VEHICLE
- ☐ 247 AFTER / WHEN VICTIM PARKS VEHICLE
- ☐ 248 KICKED VICTIM
- ☐ 249 OTHER

## 130 SUSPECT IMPERSONATED    ✗

- ☐ 131 CUSTOMER
- ☐ 132 MAILMAN
- ☐ 133 SERVICEMAN
- ☐ 134 DELIVERY BOY
- ☐ 135 POLICE
- ☐ 136 BILL COLLECTOR
- ☐ 137 UTILITY CO REP
- ☐ 138 SURVEY TAKER
- ☐ 139 SALESMAN
- ☐ 140 FRIEND
- ☐ 141 ILL OR INJURED
- ☐ 142 WELFARE WORKER
- ☐ 143 OTHER

## 650 MOTIVE

- ☐ 651 HATE
- ☐ 652 REVENGE
- ☐ 653 JEALOUSY
- ☐ 654 HEAT OF PASSION
- ☐ 655 DURING PERPETRATION OF OTHER CRIME
- ☐ 656 NARCOTICS
- ☐ 657 SEXUAL
- ☐ 658 RACIAL
- ☐ 659 FINANCIAL / PROPERTY GAIN
- ☐ 660 FAMILY FEUD
- ☐ 661 NONE
- ☐ 662 UNKNOWN
- ☒ 663 OTHER

## 300 TYPE OF LOCATION

- ☐ 301 SINGLE FAMILY DWELLING
- ☐ 302 APARTMENT COMPLEX
- ☐ 303 PRIVATE RESIDENCE IN PUBLIC HOUSING PROJECT
- ☐ 304 COMMON AREA IN PUBLIC HOUSING PROJECT BUILDING
- ☐ 305 MOBILE HOME
- ☐ 306 BOAT
- ☐ 307 MARINA
- ☐ 308 WHARF
- ☐ 309 PRIVATE GARAGE
- ☒ 310 VEHICLE — PRIVATE
- ☐ 311 PUBLIC TRANSIT VEHICLE
- ☐ 312 CAB, LIMOSINE, ETC.
- ☐ 313 TRAIN
- ☐ 314 FINANCIAL INSTITUTION
- ☐ 315 JEWELRY STORE
- ☐ 316 LIQUOR STORE
- ☐ 317 BAR / TAVERN / NIGHT CLUB
- ☐ 318 SUPERMARKET / GROCERY STORE
- ☐ 319 CONVENIENCE STORE
- ☐ 320 AUTO PARTS - AUTO SERVICE CENTER
- ☐ 321 DRUG STORE
- ☐ 322 LAUNDRY  DRY CLEANER
- ☐ 323 DEPARTMENT STORE
- ☐ 324 MOTEL / HOTEL
- ☐ 325 RESTAURANT / DINING , COFFEE SHOP
- ☐ 326 FAST FOOD
- ☐ 327 SHOPPING MALL
- ☐ 328 SHOPPING MALL PARKING AREA
- ☐ 329 OTHER PARKING AREA
- ☐ 330 GOVERNMENT OFFICE BUILDING
- ☐ 331 CHURCH
- ☐ 332 SCHOOL
- ☐ 333 HOSPITAL
- ☐ 334 PUBLIC PARK OR PLAYGROUND
- ☐ 335 STREET, HIGHWAY, ALLEY, OR SIDEWALK
- ☐ 336 PEDESTRIAN
- ☐ 337 WAREHOUSE
- ☐ 338 OFFICE BUILDING
- ☐ 339 PARKING GARAGE
- ☐ 340 SMALL BUSINESS SHOP
- ☐ 341 JEFFERSON DOWNS
- ☐ 342 AIRPORT
- ☐ 343 OTHER

## 360 TYPE OF STRUCTURE

- ☐ 361 ONE STORY
- ☐ 362 MULTIPLE STORY
- ☐ 363 WOOD FRAME
- ☐ 364 BRICK
- ☐ 365 CINDER BLOCK
- ☐ 366 CONCRETE
- ☐ 367 CORRUGATED METAL
- ☒ 368 OTHER

## 370 STRUCTURE OCCUPIED    ✗

- ☐ 371 BUILDING OCCUPIED
- ☐ 372 BUILDING UNOCCUPIED
- ☐ 373 BUILDING VACANT

## 380 TIME OF OCCURRENCE

- ☒ 381 NIGHTIME
- ☐ 382 DAYTIME
- ☐ 383 AT OPENING TIME
- ☐ 384 AT CLOSING TIME
- ☐ 385 HOLIDAY

## 390 TARGET(S)    ✗

- ☐ 391 CASH REGISTER
- ☐ 392 DISPLAY ITEMS
- ☐ 393 PERSON
- ☐ 394 SAFE / BOX
- ☐ 395 SALES AREA
- ☐ 396 VENDING MACHINE
- ☐ 397 ATTIC
- ☐ 398 BASEMENT
- ☐ 399 BATHROOM
- ☐ 400 BEDROOM
- ☐ 401 DEN
- ☐ 402 FAMILY ROOM
- ☐ 403 GARAGE
- ☐ 404 CARPORT
- ☐ 405 KITCHEN
- ☐ 406 LIVING ROOM
- ☐ 407 STORAGE AREA
- ☐ 408 VEHICLE
- ☐ 409 PURSE / WALLET
- ☐ 410 OTHER

## 430 POINT OF ENTRY    ✗

- ☐ 432 FRONT
- ☐ 433 GARAGE
- ☐ 434 REAR
- ☐ 435 SIDE
- ☐ 436 DOOR
- ☐ 437 DUCT  VENT
- ☐ 438 ROOF
- ☐ 439 TRUNK
- ☐ 440 WALL
- ☐ 441 WINDOW
- ☐ 442 FLOOR
- ☐ 443 HOOD
- ☐ 444 ADJ BUILDING
- ☐ 445 ADJ APT
- ☐ 446 UNKNOWN
- ☐ 447 OTHER

## 450 POINT OF EXIT    ✗

- ☐ 452 FRONT
- ☐ 453 GARAGE
- ☐ 454 REAR
- ☐ 455 SIDE
- ☐ 456 DOOR
- ☐ 457 DUCT / VENT
- ☐ 458 ROOF
- ☐ 459 TRUNK
- ☐ 460 WALL
- ☐ 461 WINDOW
- ☐ 462 FLOOR
- ☐ 463 HOOD
- ☐ 464 ADJ BUILDING
- ☐ 465 ADJ APT
- ☐ 466 UNKNOWN
- ☐ 467 OTHER

## 410 METHOD OF ENTRY    ✗

- ☐ 411 ATTEMPT ONLY
- ☐ 412 NO FORCED ENTRY
- ☐ 413 KEY
- ☐ 414 BODILY FORCE
- ☐ 415 SAW / DRILL / BURN
- ☐ 416 HID IN BUILDING
- ☐ 417 CHANNEL LOCKS - VICE GRIPS
- ☐ 418 PIPE WRENCH
- ☐ 419 TIRE IRON
- ☐ 420 BRICK / ROCK
- ☐ 421 UNK TYPE PRY BAR
- ☐ 422 BOLT CUTTERS
- ☐ 423 PUNCH LOCK
- ☐ 424 SMASH - WINDOW
- ☐ 425 REMOVED WINDOW / SCREEN
- ☐ 426 OPENED  UNLOCKED WINDOW OR DOOR
- ☐ 427 PULLED OUT WINDOW, DOOR OR WALL
- ☐ 428 ADMITTED INTO RESIDENCE
- ☐ 429 OTHER

## 490 TYPE LOCK DEFEATED    ✗

- ☐ 491 CHAIN - BOLT
- ☐ 492 DEADBOLT
- ☐ 493 PADLOCK
- ☐ 494 SPRINGLATCH
- ☐ 495 OTHER

## 470 SECURITY USED    ✗

- ☐ 471 ALARM
- ☐ 472 BAR - GATE
- ☐ 473 DOG
- ☐ 474 EXT LIGHT
- ☐ 475 GUARD
- ☐ 476 INT LIGHT
- ☐ 477 LOCKED DOORS
- ☐ 478 LOCKED WINDOWS
- ☐ 479 NEIGHBOR  WATCH
- ☐ 480 PHOTO CAMERA
- ☐ 481 FENCE
- ☐ 482 NONE
- ☐ 483 OTHER

ACCESS NUMBER (OFFICE USE ONLY)

**SUSPECT ACTION**

**LOCATION**

REV. 6/96

# K.P.D. — PROPERTY CONTINUATION

| | |
|---|---|
| PAGE 4 OF 4 | REP. 8518 |
| | ITEM 8-82385-03 |

| SIGNAL | INCIDENT | LOCATION OF OCCURRENCE | DATE/TIME OF REPORT |
|---|---|---|---|
| 100 | HIT AND RUN | 3600 BLOCK WILLIAMS BLVD KENNER, LA | 8-24-03 |
| | FIRM NAME IF BUS.   K | CLASSIFICATION CHANGED ☐ YES ☒ NO | 2133 |

| STOLEN | | | | |
|---|---|---|---|---|
| ☐ 521 CASH | ☐ 526 FURS | ☐ 532 FIRE ARM | ☐ 538 DRUGS | ☐ 544 MOTOR VEHICLE PARTS OR ACC. |
| ☐ 522 CREDIT CARD | ☐ 527 CLOTHING | ☐ 533 HOUSEHOLD ITEM | ☐ 539 LINGERIE, UNDERCLOTHING | ☐ 545 BICYCLE |
| ☐ 523 CHECK OR NEGOTIABLE | ☐ 528 TV & RADIO — NOT VEHICLE | ☐ 534 FOOD, LIQUOR | ☐ 540 ART OBJECTS, ANTIQUES | ☐ 546 TOOLS, CONSTRUCTION EQUIP. |
| ☐ 524 JEWELRY | ☐ 529 STEREO | ☐ 535 TOBACCO PRODUCTS | ☐ 541 STAMP/COIN COLLECTIONS | ☐ 547 OTHER PROPERTY |
| ☐ 525 PRECIOUS METALS | ☐ 530 TAPE RECORDER, VIDEO RECORDER | ☐ 536 GAS AND OIL | ☐ 542 LANDSCAPING/PLANTS | ☐ 548 BUILDING OUTSIDE - DAMAGE |
| | ☐ 531 CAMERA, PROJECTOR | ☐ 537 TOILETRIES | ☐ 543 MOTOR VEHICLE | ☐ 549 BUILDING INSIDE - DAMAGE |

**UCR CATEGORIES**

| A CURRENCY | G FIREARMS |
|---|---|
| B JEWELRY | H HOUSEHOLD |
| C CLOTHES | I CONSUMABLES |
| D VEHICLE | J LIVESTOCK |
| E OFFICE EQUIPMENT | K MISC. |
| F TV/RADIO/CAMERA | L DAMAGE |

| SEQ. | QUAN. | BRAND/MANUFACTURER | DESCRIPTION/MODEL | SERIAL NO. | UCR CATEGORY | VALUE STOLEN | RECOVERED |
|---|---|---|---|---|---|---|---|
| | | | Narrative | | | | |
| | | | SEE O.V.W.I REPORT | | | | |

| REPORTING OFFICER | I.D. NO. | SUPERVISOR APPROVING | I.D. NO. | ACCESS NUMBER |
|---|---|---|---|---|
| J. TERRANO.A | T1266 | H. Glenn Agnizal | S0565 | |

KPD-108



# KENNER POLICE DEPARTMENT
## ARREST REPORT AND *PROBABLE CAUSE AFFIDAVIT* (REV 1/01)
### 500 VETERANS BLVD., KENNER, LA 70062

**ARRESTEE DATA** — ARRESTEE NAME: THEVENT, MARK S

| RACE | SEX | BIRTH DATE | SKIN |
|------|-----|-----------|------|
| W | M | 2-5-63 | FAR |

ARRESTEE ADDRESS: 3555 GRAND LAKE BLVD APT C358

| HEIGHT | WEIGHT | HAIR | EYES | ARREST NUMBER |
|--------|--------|------|------|---------------|
| 508 | 180 | BRO | BRO | |

| CITY | STATE | RESIDENCY - ETHNICITY | BIRTH STATE | NATIONALITY | ARREST TRACKING # |
|------|-------|----------------------|-------------|-------------|-------------------|
| KENNER | LA | RES-NON HIS | LA | US | |

| ALIAS NAME | SOC. SEC. # | OPERATOR'S LICENSE # | LIC. ST. | STATE ID. # |
|-----------|-------------|---------------------|----------|-------------|
| X | 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 | 4614660 | LA | |

**MARKS - SCARS - TATTOOS - ETC.**

| TYPE | LOCATION | DESCRIPTION |
|------|----------|-------------|
| 1 | X | |
| 2 | X | |

WEAPON: X
GANG: X

**ARREST DATA** — LOCATION OF ARREST (address): 3550 GRANDLAKE BLVD

| DIST. & R.A. | DATE OF ARREST | TIME OF ARREST |
|--------------|----------------|----------------|
| 1  8120 | 8-24-03 | 2133 |

ARRESTING OFFICER'S NAME: J. TERRANOVA   OFF'S COMP. ID. #: T1266   UNIT: 102   ARREST CREDIT: 03

ARRESTING OFFICER'S NAME 2: X   OFF'S COMP. ID. #: 

NO PROBABLE CAUSE
PROBABLE CAUSE

DATE: 
TIME: 
JUDGE OR MAGISTRATE: 
JUDGE OR MAGISTRATE: 

TRANSPORTING OFFICER'S NAME: J. TERRANOVA   TRANS. OFF'S COMP. ID. #: T1266

**CHARGES**

| ORDINANCE/STATUTE # | QUA. | TYPE/MEA. | DRUG TYPE | FEL/MISD | ATTACHMENT # | ITEM NO. |
|---------------------|------|-----------|-----------|----------|--------------|----------|
| 1. R.S. 14.98 O.V.W.I (REFUSED) | | | | MISD | | 8-82395-03 |
| 2. R.S. 14.89 RECKLESS OPERATION | | | | MISD | | 8-82395-03 |
| 3. R.S. 14.100 HIT AND RUN DRIVING | | | | MISD | | 8-82395-03 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

COURT OF TRIAL: ___   SECTION: 8-24-03 ☒

**OFFENSE DATA** — LOCATION OF OFFENSE (address): 3600 BLOCK VETERANS BLVD KENNER, LA

| DATE OF OFFENSE | TIME OF OFFENSE |
|-----------------|-----------------|
| 8-24-13 | 2014 |

## PROBABLE CAUSE AFFIDAVIT

BEFORE ME THE UNDERSIGNED AUTHORITY PERSONALLY CAME AND APPEARED THE UNDERSIGNED, WHO AFTER BEING DULY SWORN STATED AS FOLLOWS:

THE DEFENDANT WAS THE DRIVER OF A VEHICLE IN WHICH HE STRUCK ANOTHER VEHICLE AND FLED THE SCENE. THE DEFENDANT WAS OBSERVED DRIVING AT A HIGH RATE OF SPEED SWERVING ON THE ROADWAY. A TRAFFIC STOP WAS CONDUCTED AND UPON COMING INTO CONTACT WITH THE DEFENDANT A STRONG ODOR OF AN UNKNOWN ALCOHOLIC BEVERAGE COULD BE SMELLED AS THE DEFENDANT SPOKE. THE DEFENDANT STUMBLED OUT OF HIS VEHICLE AND HAD SLURRED SPEECH. THE DEFENDANT WAS GIVEN A FIELD SOBRIETY TEST WHICH HE PERFORMED POORLY AND COULD NOT COMPLETE. THE DEFENDANT WAS PLACED UNDER ARREST, TRANSPORTED TO THE KENNER LOCK UP AND CHARGED ACCORDINGLY. AT THE LOCK UP THE DEFENDANT WAS READ HIS RIGHTS WHERE THE DEFENDANT REFUSED THE INTOXILYZER 5000 TEST.

ARRESTED WITH:

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 25TH DAY OF AUGUST 20 03

*Melissa Martin*

**EX-OFFICIO NOTARY PUBLIC**

| STATEMENTS FROM | VICTIM YES ( ) NO (X) | AGE OF NO ( ) | SUSPECT YES ( ) NO (X) | WITNESS YES ( ) NO (X) | SUSPECT IDENTIFIED YES (X) NO ( ) | EVIDENCE SEIZED YES ( ) NO (X) | OTHER WITNESS YES ( ) NO (X) | BOOKING OFF. ID.00 |
|---|---|---|---|---|---|---|---|---|

**CAREER CRIMINAL INTERCEPT UNIT**

CODE G

YES ( )   NO (X)

364-5300

OFFICER SIGNATURE: J. Terranova   COMP. ID. #: T1266

ASSIGNMENT OR AGENCY: KPD   PHONE #: 712-2222



**State of Louisiana**
Department of Public Safety and Corrections
Intoxilyzer 5000 Certification Card

This permit certifies compliance with the rules and regulations of the Louisiana Department of Public Safety and
Corrections, Office of State Police, pursuant to R.S. 32:663 and is effective for the calendar year(s) shown on the
reverse side of this card and shall remain in effect until expiration revoked or suspended earlier.

Name: _____ James R. Osburg _____

Permit No.: _____ 3146 _____

_____ Deputy Secretary _____

DPSSP 4775 (R 10/97)

#3146/2139

|  | | ISSUED | EXPIRES |
|---|---|---|---|
| ☒ | OPERATOR | 03/25/03 | 03/25/05 |
| ☐ | MAINTENANCE TECH. | | |
| ☐ | INSTRUCTOR | | |
| ☐ | FIELD SUPERVISOR | | |

ALPHABET TEST  FINGER COUNT  FINGER TO NOSE (MARK LOCATION TOUCHED)

EDUCATION LEVEL: _____

BEGIN WITH LETTER: ___
END WITH LETTER: ___

2        1

4        3

5        6

**COUNTING DOWN**  **ROMBERG BALANCE**
BEGIN WITH NUMBER ____ SWAY FRONT TO BACK
END WITH NUMBER ____ 1-2" ( )  3-4" ( )  5+ ( )
  SWAY SIDE TO SIDE
  1-2" ( )  3-4" ( )  5+ ( )
  ESTIMATED TIME _____ SEC.

**NEAR POINT CONVERGENCE**
( ) SWAYS FROM SIDE TO SIDE
( ) SWAYS BACK AND FORTH
( ) RIGHT EYE FOLLOWS TO TIP OF NOSE
( ) LEFT EYE FOLLOWS TO TIP OF NOSE
( ) STRABISMUS DETECTED

## INTERVIEW

PERSON HAS BEEN ADVISED MIRANDA RIGHTS PRIOR TO QUESTIONING: ✓YES ____ NO _2117_ TIME

INTERVIEW STARTED _2620_ HRS

1. DO YOU HAVE ANY PHYSICAL DEFECTS? ___YES ✓NO  IF SO WHAT?_____
2. DO YOU HAVE DIABETES? ___YES ✓NO  ARE YOU TAKING INSULIN? ___YES ___NO
   TIME OF LAST DOSAGE _____ ( )AM ( )PM
3. ARE YOU HURT? ___YES ✓NO  IF SO, HOW?_____
4. ARE YOU ILL? ___YES ✓NO  ILLNESS:_____
5. HAVE YOU TAKEN ANY TYPE OF MEDICATION OR DRUGS IN THE LAST 24 HOURS? ___YES ✓NO
   IF SO, WHAT TYPE?_____ HOW MUCH?_____ FOR WHAT?_____
   TIME OF LAST DOSAGE _____ ( )AM ( )PM
6. HAVE YOU BEEN TO A DOCTOR OR DENTIST RECENTLY? ___YES ✓NO
   IF SO, WHEN?_____ NAME OF DOCTOR/DENTIST?_____
   FOR WHAT ILLNESS OR DISORDER?_____
7. WERE YOU OPERATING A MOTOR VEHICLE? ✓YES ___NO
8. DOES THE VEHICLE YOU WERE DRIVING HAVE ANY DEFECTS? ___YES ✓NO
   WHAT KIND?_____
9. WHERE WERE YOU GOING? _Home_ town _5-27-0345_
10. WHERE DID YOU START FROM? _Lake Grill Grill_ TIME? _8.00 pm_
11. WHAT HIGHWAY/ROADWAY WERE YOU ON? _W. Esplanade_ WHAT DIRECTION? N S E Ⓦ
12. HAVE YOU BEEN DRINKING? ✓YES ___NO  WHAT HAVE YOU BEEN DRINKING? _BEER_
    HOW MUCH? _A couple of beers (3)_ WHERE? _LAKE TOWN GRILL_
    TIME STARTED DRINKING? _830p_ TIME STOPPED DRINKING? _830pm_
13. DID YOU FEEL THE EFFECTS OF ANY ALCOHOLIC BEVERAGE OR DRUGS WHEN YOU WERE STOPPED?
    ___YES ✓NO
14. WERE YOU INVOLVED IN AN ACCIDENT TODAY? ✓YES ___NO  IF SO, WHEN? _TODAY_
15. HOW LONG AFTER THE ACCIDENT WAS IT BEFORE THE POLICE ARRIVED? _30 min._
16. HAVE YOU HAD ANY ALCOHOLIC BEVERAGE SINCE THE ACCIDENT? ___YES ✓NO
    HOW MUCH?_____

INTERVIEW CONCLUDED _2628_ HRS.

**NOTE: IF DRUG USE IS SUSPECTED, YOU SHOULD CONSIDER ADDITIONAL CHEMICAL TESTS.**

Name and agency of law enforcement officers involved in the traffic stop, detention, investigation, and arrest:

_J. TERRANOVA_  _T0266_  _KPD_
Name  Badge #  Agency      Name  Badge #  Agency

Name  Badge #  Agency      Name  Badge #  Agency

WITNESSES:
NAME _____ ADDRESS _____
NAME _____ ADDRESS _____
NAME _____ ADDRESS _____

NOTE: SEPARATE FROM THE SET
BEFORE WRITING ON THIS PAGE

# LOUISIANA UNIFORM DWI ARREST REPORT

| SUBJECT NAME | O.L.N. | DATE | AGENCY FILE NO. |
|---|---|---|---|
| THEVENOT, MARK S | 461 4660 | 8-24-03 | 8-82395-03 |

ON 8-24-03 AT 2128 HOURS OFFICER J. TERRANOVA WAS DISPATCH TO THE 3100 BLOCK OF WILLIAMS BLVD IN BLVD IN REFERENCE TO A RECKLESS OPERATION OF A MOTOR VEHICLE. A REFUSED COMPLAINT WAS FOLLOWING A BLUE FORD F150 PICKUP TRUCK BEARING THE LICENSE PLATE W312302. THE COMPLAINT ADVISED THAT THE DRIVER OF THE TRUCK, LATER IDENTIFIED AS MARK THEVENOT, WAS DRIVING AT A HIGH RATE OF SPEED SWERVING ON THE ROADWAY.

AT 2133 HOURS THIS OFFICER LOCATED THE FORD F150 TRUCK AND MR THEVENOT AT 3550 GRANDLAKE BLVD WHERE A TRAFFIC STOP WAS CONDUCTED, UPON COMING INTO CONTACT WITH MR THEVENOT A STRONG ODOR OF AN UNKNOWN ALCOHOLIC BEVERAGE COULD BE SMELLED AS THE DEFENDANT SPOKE, WHEN MR THEVENOT SPOKE HE HAD SLURRED SPEECH.

THIS OFFICER REQUESTED MR THEVENOT TO STEP OUT OF HIS TRUCK SO A FIELD SOBRIETY TEST COULD BE CONDUCTED. AS MR THEVENOT EXITED HIS VEHICLE HE STUMBLED OUT OF HIS VEHICLE AND HAD TO LEAN UP AGAINST HIS TRUCK, MR THEVENOT LACK SMOOTH EYE MOVEMENT AND WAS UNABLE TO FINISH THE WALK AND TURN TEST WITHOUT ALMOST FALLING TO THE GROUND, BEFORE MR THEVENOT ALMOST FELL TO THE GROUND, MR THEVENOT MADE AN INCULPATORY STATEMENT, "I'M DRUNK."

WHILE CONDUCTING THE FIELD SOBRIETY TEST IT WAS LEARNED FROM ANOTHER OFFICER THAT MR THEVENOT'S VEHICLE HAD BEEN INVOLVED IN AN ACCIDENT IN WHICH MR THEVENOT HAD STRUCK A GOLD CHEVROLET SUBURBAN AND THEN FLED THE SCENE.

MR THEVENOT WAS TRANSPORTED TO THE KENNER LOCK UP WHERE HE REFUSED THE INTOXILYZER 5000 TEST

CASE CLOSED

| ARRESTING OFFICER (print) | SIGNATURE | | DEPT. | DATE |
|---|---|---|---|---|
| J. TERRANOVA | J. Terranova | | KPD | 8-24-03 |

| WITNESSES: | NAME | ADDRESS | | PHONE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

[ ] 0142751 [ ]

**INITIAL OBSERVATION:**

FILE# B-82395-0

STATE OF LOUISIANA                Jud. Dist.
PARISH OF JEFFERSON               Municipal
                                  SS Ward _____ court
The undersigned being duly sworn upon his oath deposes and says:

On the 24TH day of AUGUST 2003 at 2133 Hrs.

Violator
Name THEVENOT MARK S

Address 3555 GRAND LAKE BLVD APT C308

City KENNER         State LA    Zip 70065

DOB 2-5-63   Age 40 Race W Sex M Ht. 508 Eyes BRO

OLN 461 4660 _____ STATE LA CLASS E

ID/Pseudo # _____ STATE _____

☐ Carrying ☐ Commercial ☐ CDL  CRASH: ☐ PROPERTY ☐ INJURY
  Haz Mat   Vehicle                                ☐ FATALITY

Unlawfully operated YR. 03 MAKE FORD TYPE F150 COLOR BLU

Veh. Lic W 312302    State LA    Year 2006

VIN 1FTRX17L13NA62478

Location 3550 GRAND LAKE BLVD

_____ MP # _____

| LEVEL OF IMPAIRMENT | ODOR OF ALCOHOLIC BEVERAGE |
|---|---|
| (X) EXTREME | (X) STRONG ( ) NONE |
| ( ) OBVIOUS | ( ) MODERATE |
| ( ) SLIGHT | ( ) FAINT |

| BALANCE | SPEECH | INDICATION OF DRUG USE |
|---|---|---|
| (X) FALLING | ( ) INCOHERENT | ( ) YES ( ) NO |
| (X) SWAYING | ( ) STUTTERING | Note: If drug use is suspected you should request the violator submit to a urine or blood test in addition to an alcohol test. |
| ( ) UNSURE | (X) SLURRED | |
| ( ) OTHER | ( ) FAIR | |

OBSERVATIONS: _____

**FIELD SOBRIETY RESULTS:**
**1. HORIZONTAL GAZE NYSTAGMUS**

| RIGHT EYE | LEFT EYE | |
|---|---|---|
| ( ) YES (X) NO | ( ) YES (X) NO | LACK OF SMOOTH PURSUIT |
| ( ) YES (X) NO | ( ) YES (X) NO | DISTINCT NYSTAGMUS AT MAXIMUM DEVIATION |
| ( ) YES (X) NO | ( ) YES (X) NO | DISTINCT NYSTAGMUS ONSET PRIOR TO 45 DEGREES |

OBSERVATIONS: _____
_____
_____
_____

V
I   1 And was arrested for violation of[STAT/ORD.]: 14:98
O   operating a motor vehicle or other means of conveyance while under the influence
L   of an alcoholic beverage and/or a controlled dangerous substance, contrary to the
A   laws of the state of Louisiana and against the peace and dignity of the same.
T     STAT/ORD   VIOLATION
I
O   2 14:99    RECKLESS OPERATION
N     STAT/ORD   VIOLATION

    3 14:100   HIT AND RUN
      STAT/ORD   VIOLATION

    4  X         X
      ☐ CHILD 12 YEARS OR YOUNGER IN VEH.

**2. WALK AND TURN**
(X) CANNOT KEEP BALANCE WHILE LISTENING TO INSTRUCTIONS
( ) STARTS BEFORE INSTRUCTIONS ARE FINISHED
(X) STOPS WHILE WALKING TO STEADY SELF
(X) DOES NOT TOUCH HEEL TO TOE
( ) LOSES BALANCE WHILE WALKING (STEPS OFF LINE)
(X) USES ARMS FOR BALANCE
(X) LOSES BALANCE WHILE TURNING OR TURNS INCORRECTLY
(X) WRONG NUMBER OF STEPS
  TOTAL STEPS FIRST NINE 8 SECOND NINE 0
OBSERVATIONS: THE TEST WAS STOPPED FOR DEFENDANT SAFETY.

☐ VIDEO TAPE VCN: _____ ☐ Radar # _____

Arresting Officer (print)        Signature
J. TERRANOVA            J. Terranova

THE ABOVE SWORN TO AND SUBSCRIBED BEFORE ME THIS

25TH DAY OF AUGUST, 20 03 AT 0325 ☐.M ☐P.M

Melissa Martin
(Notary or Ex Officio)

**3. ONE LEG STAND**
( ) SWAYS WHILE BALANCING
( ) USES ARMS FOR BALANCE
( ) HOPPING
( ) PUTS FOOT DOWN (# OF TIMES:1 _____ 2 _____ 3 _____ )
OBSERVATIONS: _____
_____
UNABLE TO PERFORM

☐ REFUSED TEST  ☐ SUBMITTED TO TEST

RESULT _____ %
INSTRUMENT NO. _____ DL PICKED UP ☐ YES ☐ N

TIME OF TEST _____ DATE OF TEST _____
BLOOD ☐   URINE ☐   RESULTS PENDING ☐
DRAWN BY: _____
PERSON DRAWING BLOOD CAN BE LOCATED: _____

**TYPE OF SURFACE USED FOR FIELD SOBRIETY TEST**
(X) LEVEL     ( ) UNEVEN   ( ) OTHER: _____
( ) ASPHALT   (X) CEMENT   ( ) DIRT
( ) GRAVEL    ( ) GRASS    ( ) TILE
( ) DRY       ( ) WET

CHEMICAL TEST PENDING AT: _____

COURT APPEARANCE: ☐ JUVENILE  (X) UPON NOTICE  ☐ BOOKE
           ☐ NO COURT DATE ISSUED CONTACT AGENCY BELOW

**WEATHER CONDITIONS:** (X) CLEAR ( ) WINDY ( ) RAIN
( ) OTHER _____
**TRAFFIC CONDITIONS** (X) LIGHT ( ) MODERATE ( ) HEAVY
           ( ) OTHER _____

DATE _____ TIME ___:___ m. PHONE ( ) - ___ - _____
AT _____
_____ CITY _____ L.

OBSERVATIONS: _____
_____
_____

I understand the terms and conditions of the summons and promise to appear at the time and place shown above. Failure to appear will cause for the suspension of my driving privileges and the imposition of additional fines and/or fees by the Louisiana Department of public Safety and Corrections. I understand my signature is not an admission of guilt.

SIGNATURE: REFUSED

**Louisiana Department of Public Safety and Corrections**

**AFFIDAVIT OF ARREST**

**DRIVER**

Report Number _____ File Number _____

DL # 4414660          State LA

Driver: THEVENOT (Last)    MARK (First)    S. (M.I.)    Race W  Sex M  DOB 3-5-63

Address 3505 GRANDVUE BLVD APT C309          City KENNER    State LA    Zip 70065

Arrested in JEFFERSON          Parish on the 24 day of AUGUST , 2003 at 2033 ☐m

**TEST**

☐ Refused Chemical Test   ☐ Submitted to Chemical Test - Results _____%   Instrument # _____

Operator's  Name/Agency _____ Permit # _____

Test Results Pending at _____ Drawn by _____

☐ Operating Commercial Vehicle   ☐ Hauling Hazardous Material   ☐ Fatality/Serious Bodily Injury

**LICENSE**

**RECEIPT FOR LICENSE and/or TEMPORARY LICENSE**

LICENSE SURRENDERED ✓ YES _____ NO          CLASS E ENDORSEMENTS _____

✓ TEMPORARY D.L. ISSUED       _____ TEMPORARY D.L. NOT ISSUED: REASON _____ UNDER SUSPENSION
(Temporary D.L. valid for 30 days only)   _____ NO D.L. IN POSSESSION   _____ D.L. EXPIRED  OTHER _____

**WITNESS**

Name and agency of law enforcement officers involved in the traffic stop, detention, investigation, and arrest:

J. TERRANOVA    T1266    KPD
Name          Badge #    Agency          Name          Badge #    Agency

Name          Badge #    Agency          Name          Badge #    Agency

I have been furnished with a copy of the official notice of withdrawal of driving privileges, and with the name and agency of all officers involved in the stop, detention, investigation and arrest.   **SIGNATURE** REFUSED

The above listed person either refused or was unable to sign form.   **OFFICER SIGNATURE** J. Terranova

**STATE OF LOUISIANA          PARISH OF JEFFERSON**
BEFORE ME, the undersigned authority, duly qualified, personally came and appeared,

Arresting officer(s) J. TERRANOVA          who, being by me first duly sworn,

deposed and said that on the 24TH day of AUGUST , 2003 at 2033 hrs, the above listed

arrested person was arrested in JEFFERSON          Parish for a violation of R. S. 14:98, R.S. 14:98.1, or a violation of a parish or municipal ordinance prohibiting the operation of a vehicle or watercraft while intoxicated. The arrest was made upon reasonable grounds to believe the offense had been committed by the above listed driver based upon the following:

RECKLESS OPERATING, DRIVER WAS SWERVING FROM LANE TO LANE, DRIVEN AT A HIGH RATE OF SPEED.

Upon coming into personal contact with the arrested person, the following symptoms were detected: STRONG ODOR OF AN ALCOHOLIC (UNKNOWN) BEVERAGE, SLURRED SPEECH, UNABLE TO WALK ON HIS OWN.

Prior to being instructed to take the test, the named person was read and advised of all the information on the Arrestee's Rights Form, including consequences of submission to the test or refusing it, additional tests available at the person's own expense, and he was under general observation for a minimum of 15 minutes during which the person did not ingest alcohol or alcoholic beverages, and did not regurgitate, vomit, or take anything by mouth.

The named person was served with an Official Notification of Withdrawal of Driving Privileges and a Receipt for License and/or Temporary License to provide the arrested person a means to request a hearing and to inform him that he has not more than fifteen (15) days from the date of arrest to make a hearing request. The person was unable or unwilling to sign rights form unless his signature appears.

| J. TERRANOVA | J. Terranova | T1266 | KPD |
|---|---|---|---|
| Arresting Officer (Print) | Signature | I. D. Number | Agency |

THE ABOVE SWORN TO AND SUBSCRIBED BEFORE ME, this 25TH day of AUGUST , 2003 .

MELISSA MARTIN                Melissa Martin
(PRINT NAME)                (SIGNATURE)
(NOTARY OR OTHER PERSON QUALIFIED TO GIVE OATH)

PLEASE FORWARD THIS ORIGINAL PAGE ALONG WITH COPIES OF TEST
RESULTS AND CHECKLIST TO:     OMV
P.O. BOX 64886
BATON ROUGE, LA 70896

**OFFICE OF MOTOR VEHICLES**

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
OFFICE OF STATE POLICE

## ARRESTEE'S RIGHTS FORM
## RIGHTS RELATING TO THE CHEMICAL TEST FOR INTOXICATION

You are under arrest by a law enforcement officer who has reasonable grounds to believe that you were operating a vehicle or watercraft while intoxicated. The law now requires you to submit to a chemical test or tests to determine the alcoholic content and/or the presence of any abused or illegal controlled dangerous substance in your blood, breath, urine or other bodily substance.

A. These are the CONSEQUENCES OF REFUSAL TO SUBMIT TO THE CHEMICAL TEST. You have the right to refuse the chemical test if you were not involved in a crash where a fatality or serious bodily injury occurred.
    1. Your Driver's License shall be suspended for a period of 180 days if this is your first refusal, or a period of 545 days if this is your second or subsequent refusal within a five year period.
    2. Evidence of your refusal to submit to the chemical test will be used against you in court.
    3. If a traffic fatality has occurred or a person has been seriously injured you may not refuse the chemical test.

> **[READ IF APPLICABLE] FATALITY/SERIOUS BODILY INJURY**
> If you refuse to submit to the chemical test in any case wherein a traffic fatality has occurred or a person has sustained serious bodily injury as a result of an accident, your driving privileges shall be suspended for 545 days from the date of suspension without benefit of eligibility for a hardship license.

B. These are the CONSEQUENCES IF THE TEST IS CONDUCTED and the results indicated a blood alcohol concentration of .10 percent or above by weight of alcohol in the blood.
    1. The results of the test will be used against you at your trial and will be conclusive evidence that you are intoxicated.
    2. Your Driver's License shall be suspended for a period of 90 days if this is your first submission to a test, or 365 days if this is your second or subsequent submission to a test within the past five years.

C. If you submit to the chemical test and the results indicate a blood alcohol concentration of .15 percent or above by weight of alcohol in the blood you will be required to serve at least 48 hours of the sentence imposed upon first conviction and 96 hours on the second conviction.

> **[READ IF APPLICABLE] PERSONS UNDER THE AGE OF 21**
> These are the CONSEQUENCES IF THE TEST IS CONDUCTED and the results indicated a blood alcohol concentration of .02 percent or above by weight of alcohol in the blood.
>     1. The result will be used against you at your trial and will be used as evidence that you are intoxicated.
>     2. Your Driver's License shall be suspended for a period of 180 days if this is your first or subsequent submission to a test.

> **[READ IF APPLICABLE] OPERATING A COMMERCIAL MOTOR VEHICLE**
> In addition to the above applicable sections, these are the CONSEQUENCES IF YOU WERE OPERATING A COMMERCIAL VEHICLE.
>     1. Your Commercial Driver's License shall be suspended for 1 year if, for the first time reported on your driving record, you either refuse the test, or submit to the test and the results indicate a blood alcohol concentration of .04 percent or above by weight of alcohol in the blood.
>     2. If the vehicle you were operating was transporting any hazardous materials as defined by law, your Commercial Driver's license shall be disqualified for 3 years if you refuse the test or submit to the test, and the results indicate a blood alcohol concentration of .04 percent or above by weight of alcohol in the blood.
>     3. Your Commercial Drivers License shall be disqualified for life if for the second time reported on your driving record, you either refuse the test or submit to the test and the results indicate a blood alcohol concentration of .04 percent or above by weight of alcohol in the blood.

D. You have the OPTION OF AN ADDITIONAL TEST. You will be allowed to call a physician or other qualified person of your choice to give you an additional test at your own expense, if so desire.

E. These are your CONSTITUTIONAL RIGHTS:
    1. You have the right to remain silent; anything you say may be used against you in a court of law.
    2. You have the right not to incriminate yourself; and you have the right to stop answering any questions at any time you desire.
    3. You have the right to the assistance of counsel and the right to consult an attorney before answering any questions.
    4. You have the right to have an attorney present during any questioning or the giving of any statement.
    5. If you cannot afford an attorney, the court will appoint an attorney to represent you.
**NOTE: IF YOU REFUSE THE TEST UNTIL YOU CAN CONSULT AN ATTORNEY, YOUR DRIVER'S LICENSE WILL STILL BE SUSPENDED.**

DATE **8-24-03**    TIME **2:17**    LOCATION **500 VETERANS BLVD**

**ARRESTEE'S SIGNATURE**
I am under arrest and have been advised of all the above rights and consequences that affect my Driver's License.

_____    _____    *J. Teravaine*
ARRESTED PERSON        WITNESS(ES)        ARRESTING OFFICER(S)

CERTIFICATION OF REFUSAL TO SIGN. I hereby certify that the arrested person
was advised of all of the above information, and did not sign for the following reason:    ☒ REFUSED    ☐ UNABLE

*J. Teravaine*  T1266
SIGNATURE OF ARRESTING OFFICER(S)

INSTRUCTION TO SUBMIT TO THE CHEMICAL TEST
You are now instructed to submit to the chemical test prescribed by law.

DPSSP 6621

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## OFFICE OF STATE POLICE
## ARRESTEE'S RIGHTS FORM
## RIGHTS RELATING TO THE CHEMICAL TEST FOR INTOXICATION

You are under arrest by a law enforcement officer who has reasonable grounds to believe that you were operating a vehicle or watercraft while intoxicated. The law now requires you to submit to a chemical test or tests to determine the alcoholic content and/or the presence of any abused or illegal controlled dangerous substance in your blood, breath, urine or other bodily substance.

A. These are the CONSEQUENCES OF REFUSAL TO SUBMIT TO THE CHEMICAL TEST. You have the right to refuse the chemical test if you were not involved in a crash where a fatality or serious bodily injury occurred.
1. Your Driver's License shall be suspended for a period of 180 days if this is your first refusal, or a period of 545 days if this is your second or subsequent refusal within a five year period.
2. Evidence of your refusal to submit to the chemical test will be used against you in court.
3. If a traffic fatality has occurred or a person has been seriously injured you may not refuse the chemical test.

**[READ IF APPLICABLE] FATALITY/SERIOUS BODILY INJURY**
If you refuse to submit to the chemical test in any case wherein a traffic fatality has occurred or a person has sustained serious bodily injury as a result of an accident, your driving privileges shall be suspended for 545 days from the date of suspension without benefit of eligibility for a hardship license.

B. These are the CONSEQUENCES IF THE TEST IS CONDUCTED and the results indicated a blood alcohol concentration of .10 percent or above by weight of alcohol in the blood.
1. The results of the test will be used against you at your trial and will be conclusive evidence that you are intoxicated.
2. Your Driver's License shall be suspended for a period of 90 days if this is your first submission to a test, or 365 days if this is your second or subsequent submission to a test within the past five years.

C. If you submit to the chemical test and the results indicate a blood alcohol concentration of .15 percent or above by weight of alcohol in the blood you will be required to serve at least 48 hours of the sentence imposed upon first conviction and 96 hours on the second conviction.

**[READ IF APPLICABLE] PERSONS UNDER THE AGE OF 21**
These are the CONSEQUENCES IF THE TEST IS CONDUCTED and the results indicated a blood alcohol concentration of .02 percent or above by weight of alcohol in the blood.
1. The result will be used against you at your trial and will be used as evidence that you are intoxicated.
2. Your Driver's License shall be suspended for a period of 180 days if this is your first or subsequent submission to a test.

**[READ IF APPLICABLE] OPERATING A COMMERCIAL MOTOR VEHICLE**
In addition to the above applicable sections, these are the CONSEQUENCES IF YOU WERE OPERATING A COMMERCIAL VEHICLE.
1. Your Commercial Driver's License shall be suspended for 1 year if, for the first time reported on your driving record, you either refuse the test, or submit to the test and the results indicate a blood alcohol concentration of .04 percent or above by weight of alcohol in the blood.
2. If the vehicle you were operating was transporting any hazardous materials as defined by law, your Commercial Driver's license shall be disqualified for 3 years if you refuse the test or submit to the test, and the results indicate a blood alcohol concentration of .04 percent or above by weight of alcohol in the blood.
3. Your Commercial Drivers License shall be disqualified for life if for the second time reported on your driving record, you either refuse the test or submit to the test and the results indicate a blood alcohol concentration of .04 percent or above by weight of alcohol in the blood.

D. You have the OPTION OF AN ADDITIONAL TEST. You will be allowed to call a physician or other qualified person of your choice to give you an additional test at your own expense, if you so desire.

E. These are your CONSTITUTIONAL RIGHTS:
1. You have the right to remain silent; anything you say may be used against you in a court of law.
2. You have the right not to incriminate yourself; and you have the right to stop answering any questions at any time you desire.
3. You have the right to the assistance of counsel and the right to consult an attorney before answering any questions.
4. You have the right to have an attorney present during any questioning or the giving of any statement.
5. If you cannot afford an attorney, the court will appoint an attorney to represent you.
**NOTE: IF YOU REFUSE THE TEST UNTIL YOU CAN CONSULT AN ATTORNEY, YOUR DRIVER'S LICENSE WILL STILL BE SUSPENDED.**

DATE 8-24-03    TIME 2/17    LOCATION 500 VETERANS BLVD

**ARRESTEE'S SIGNATURE**
I am under arrest and have been advised of all the above rights and consequences that affect my Driver's License.

_____   _____   J. Tenoremo
ARRESTED PERSON          WITNESS(ES)              ARRESTING OFFICER(S)

CERTIFICATION OF REFUSAL TO SIGN. I hereby certify that the arrested person _____
was advised of all of the above information, and did not sign for the following reason:  ☒ REFUSED   ☐ UNABLE

J. Tenoremo  T/2661
SIGNATURE OF ARRESTING OFFICER(S)

INSTRUCTION TO SUBMIT TO THE CHEMICAL TEST
You are now instructed to submit to the chemical test prescribed by law.

DPSSP 6621

LOUISIANA vs. THEVENOT   MARK   S

TO CLERK OF COURT:

ITEM NO. ___ 8 - 8238-03

PLEASE LIST AS STATE WITNESSES:

| NAME | BADGE NO./ UNIT OR DISTRICT | PHONE NO. | ADDRESS | ZIP CODE |
|------|------|------|------|------|
| OFF. J. TERRANOVA | 71266 | 767-2222 | 500 Veterans Blvd   Kenner | LA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# KENNER POLICE DEPARTMENT
## BOOKING FORM
### 500 Veterans Blvd. ✳ Kenner, LA 70062

LBN

**ARRESTEE DATA:** ☐ City Arrest ☒ State Arrest ☐ Other Agency

| ARRESTEE NAME | | RACE | SEX | BIRTH DATE | HEIGHT | WEIGHT | HAIR | EYES | SKIN | ARREST NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| THEVENOT, MARK S. | | W | M | 02/05/1963 | 508 | 180 | BRO | BRO | FAR | 046793 |

| ARRESTEE ADDRESS | | CITY | STATE | ZIP CODE | BIRTH ST. | NATIONALITY | SID NUMBER |
|---|---|---|---|---|---|---|---|
| 3555 GRANDLAKE BLVD., APT. C308 | | KENNER | LA | 70065 | LA | US | 001235169 |

| OCCUPATION | EMPLOYER | | | | | | ATN |
|---|---|---|---|---|---|---|---|
| CONTRACTOR | SELF EMPLOYED | | | | | | |

| ALIAS NAME | | | MAR STS | SOCIAL SEC. NO. | OPERATOR'S LICENSE NO. | | LIC ST. | YEAR |
|---|---|---|---|---|---|---|---|---|
| NONE | | | D | 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 | 4614660 | | LA | 2005 |

| PHONE NUMBER | SOBRIETY | INJURY | TYPE INJURY | | TRTD | MED | TRANS | TRANS TO | |
|---|---|---|---|---|---|---|---|---|---|
| (504) 508-4235 | 3 | 7 | NONE | | X | X | X | X | |

| MARKS-SCARS-TATTOOS-ETC | | | | | | | RELAT. |
|---|---|---|---|---|---|---|---|
| NONE VISABLE | | | | | | | 10 |

| LICENSE NUMBER | LIC ST. | YEAR | VEH. YR. | MAKE | MODEL | TYPE | COLOR | VEHICLE IDENTIFICATION NUMBER | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|
| N/A | X | X | X | X | X | X | X | | X |

## ARREST DATA

| LOCATION | DIST. & R.A | DATE OF ARREST | TIME OF ARREST | DATE OF BOOKING | TIME OF BOOKING | ITEM NUMBER |
|---|---|---|---|---|---|---|
| 3550 GRANDLAKE BLVD., KENNER, LA | 8120 | 08/24/2003 | 21:33 | 08/25/2003 | 3:20 | 03H82395 |

| ARRESTING OFFICER'S NAME (PRINT) / (SIGNATURE) | | OFFICER'S I.D. | UNIT | ARREST CREDIT |
|---|---|---|---|---|
| J. TERRANOVA | | T1266 | K102 | 03 |

| TRANSPORTING OFFICER'S NAME (PRINT) / (SIGNATURE) | | OFFICER'S I.D. | UNIT | |
|---|---|---|---|---|
| J. TERRANOVA | | T1266 | K102 | |

## CHARGES AND COURT SCHEDULE

| ORDINANCE/STATUTE NO. | AFFIDAVIT NO. | RELATIVE TO | ☐ FOR ADDITIONAL CHARGES SEE ADDITIONAL BOOKING FORM |
|---|---|---|---|
| 1 RS 14:98 | | O.W.V.I. (REFUSED) | |
| 2 RS 14:99 | | RECKLESS OPERATION | |
| 3 RS 14:100 | | HIT AND RUN DRIVING | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

| COURT OF TRIAL | | SECTION | DATE OF TRIAL | TIME OF TRIAL |
|---|---|---|---|---|
| ☐ City Court  ☐ Parish Court  ☒ State Court | | | | |

| BOND | DISPOSITION | DATE | TIME | JAILER I.D. | JAILER SIGNATURE |
|---|---|---|---|---|---|
| | TEB | 08/25/2003 | 0430 | L2197 | |

| LOCATION OF OFFENSE | DATE OF OFFENSE | TIME OF OFFENSE | DAY OF WEEK | WEAPON |
|---|---|---|---|---|
| 3600 BLOCK WILLIAMS BLVD., KENNER | 08/24/2003 | 20:14 | SUN | NONE |

| NAME | ☐ VICTIM  ☐ REPORTING PERSON  ☐ WITNESS  ☐ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | SOC SECURITY NO. |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS | | DRIVER'S LICENSE |
|---|---|---|
| | | |

| BUSINESS ADDRESS | | BUSINESS PHONE | HOME PHONE |
|---|---|---|---|
| | | | |

| SOBRIETY | INJURY | TYPE INJURY | | TRTD | MED | TRANS. | TRANS TO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**REMARKS:** BRIEF DESCRIPTION OF ARREST, USE SPACE FOR INFORMATION PROVIDED IN BLOCKS

THE DEFENDANT WAS THE DRIVER OF A VEHICLE IN WHICH HE STRUCK ANOTHER VEHICLE AND FLED THE SCENE. THE DEFENDANT WAS OBSERVED DRIVING AT A HIGH RATE OF SPEED SWERVING ON THE ROADWAY. A TRAFFIC STOP WAS CONDUCTED AND UPON COMING INTO CONTACT WITH THE DEFENDANT A STRONG ODOR OF AN UNKNOWN ALCOHOLIC BEVERAGE COULD BE SMELLED AS THE DEFENDANT SPOKE. THE DEFENDANT STUMBLED OUT OF HIS VEHICLE AND HAD SLURRED SPEECH. THE DEFENDANT WAS GIVEN A FIELD SOBRIETY TEST WHICH HE PERFOMED POORLY AND COULD NOT COMPLETE. THE DEFENDANT WAS PLACED UNDER ARREST, TRANSPORTED TO THE KENNER LOCKUP AND CHARGED ACCORDINGLY. AT THE LOCKUP THE DEFENDANT REFUSED THE INTOXILYZER 5000 TEST.

| SEARCHED BY (SIGNATURE) | COMP ID | TIME | BOOKING OFFICER (SIGNATURE) | COMP ID | |
|---|---|---|---|---|---|
| SCOTT SCHLUETER | S6311 | 21.10 | MELISSA MARTIN | M0257 | |

Transported By: _____    Central Records Copy    Turned Over To: _____