U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 18 2006

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VS  Mark Stephen Thevenot | NO.: 00-269 |
| | SECTION: N |

### ORDER TO SURRENDER

**IT IS HEREBY ORDERED** that, the defendant, having been sentenced in the above case to the custody of the Bureau of Prisons, is hereby ordered to surrender herself to the designated institution on or before 4:30 p.m. on January 20, 2006.

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which she is to serve her sentence within a reasonable period of time prior to the time and date that she is to report to the institution.

New Orleans, Louisiana, this 18th day of January 2006.

_____
United States District Judge

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Acknowledgement:

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____          _____
(Attorney/witness)                                      (Defendant)

Distribution:
    Original - Clerk's Office
    1 Certified Copy   - United States Attorney's Office
    1 Certified Copy   - United States Marshal's Office
    2 Certified Copies - United States Probation Office